Craig M. White (*Pro Hac Vice* Pending)
Brent R. Austin (SBN 141938 inactive)
Chung-Han Lee (SBN 231950)
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: 312-201-2000
Fax No: 312-201-2555

Jeffrey L. Fillerup (SBN 120543)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone: 415-356-4600
Fax No: 415-356-4610
E-mail: jfillerup@luce.com

Attorneys for Defendant mBlox, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 5298

| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals, | Case No. |
|---|---|
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| vs. | |
| mBLOX, INC. a Delaware corporation, | |
| Defendant. | |

TO THE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:

Defendants mBlox, Inc., hereby demand a trial by jury in this matter on all issues so triable.

DATED: October 17, 2007        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Jeffrey L. Fillerup
JEFFREY L. FILLERUP
Attorneys for Defendant mBlox, Inc.