1 | Craig M. White (*Pro Hac Vice* Pending)
2 | Brent R. Austin (SBN 141938 inactive)
  | Chung-Han Lee (SBN 231950)
3 | WILDMAN, HARROLD, ALLEN & DIXON, LLP
  | 225 West Wacker Drive, Suite 2800
4 | Chicago, Illinois 60606
  | Telephone: 312-201-2000
5 | Fax No: 312-201-2555

6 | Jeffrey L. Fillerup (SBN 120543)
  | LUCE, FORWARD, HAMILTON & SCRIPPS LLP
7 | Rincon Center II, 121 Spear Street, Suite 200
  | San Francisco, California 94105-1582
8 | Telephone: 415-356-4600
  | Fax No: 415-356-4610
9 | E-mail: jfillerup@luce.com

10 | Attorneys for Defendant mBlox, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 5298

| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals, | Case No. |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| mBLOX, INC. a Delaware corporation, | |
| Defendant. | |

I, Cheryl Cormier, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 120 Spear St., Ste. 200, San Francisco, CA 94105-1582. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years, and am not a party to this action.

On October 17, 2007, I served the following:

**CIVIL CASE COVER SHEET**

1      CERTIFICATE OF SERVICE

NOTICE OF REMOVAL   [28 USC § 1441(b)]

DEMAND FOR JURY TRIAL

on the below parties in this action by placing a true copy (copies) thereof in a separate envelope(s), addressed as shown, for collection and mailing on the below indicated day pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

| | |
|---|---|
| Terry M. Gordon, SBN 75604<br>LAW OFFICE OF TERRY M. GORDON<br>Three Harbor Dr., Ste. 317<br>Sausalito, CA 94965<br>Telephone: 415-331-3601<br>Facsimile: 415-331-1225<br><br>Attorneys for Plaintiff Russell Bradberry | John G. Jacobs (*Pro Hac Vice* Pending)<br>Bryan G. Kolton (*Pro Hac Vice* Pending)<br>THE JACOBS LAW FIRM, CHTD.<br>122 South Michigan Ave., Ste. 1850<br>Chicago, IL 60603<br>Telephone: 312-427-4000<br>Facsimile: 312-427-1850<br><br>Attorneys for Plaintiff Russell Bradberry |
| Jay Edelson (*Pro Hac Vice* Pending)<br>Myles McGuire (*Pro Hac Vice* Pending)<br>BLIM & EDELSON, LLC<br>53 West Jackson Blvd., Ste. 1642<br>Chicago, IL 60604<br>Telephone: 312-913-9400<br>Facsimile: 312-913-9401<br><br>Attorneys for Plaintiff Russell Bradberry | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on October 17, 2007.

*Cheryl Cormier* (signature)
Cheryl Cormier

301015066.1

2                                    CERTIFICATE OF SERVICE