1    Craig M. White (*Pro Hac Vice* pending)
     Brent R. Austin (SBN 141938 inactive)
2    Chung-Han Lee (SBN 231950)
     WILDMAN, HARROLD, ALLEN & DIXON, LLP
3    225 West Wacker Drive, Suite 2800
     Chicago, Illinois 60606
4    Telephone:    (312) 201-2000
     Facsimile:    (312) 201-2555
5
     Jeffrey L. Fillerup (SBN 120543)
6    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
     Rincon Center II, 121 Spear Street, Suite 200
7    San Francisco, California 94105-1582
     Telephone: (415) 356-4600
8    Facsimile: (415) 356-4610
     E-mail: jfillerup@luce.com
9
10   Attorneys for Defendant MBLOX, INC.

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14   RUSSELL BRADBERRY, individually and on        Case No. C-07-5298 (PJH)
     behalf of a class of similarly situated individuals,
15
                                                    STIPULATION TO EXTEND TIME FOR
16          Plaintiff,                              DEFENDANT MBLOX TO ANSWER OR
                                                    OTHERWISE RESPOND TO PLAINTIFF'S
17   vs.                                            COMPLAINT

18   MBLOX, INC., a Delaware corporation,

19          Defendant.

20

21          WHEREAS Plaintiff RUSSELL BRADBERRY originally filed this action in Santa Clara

22   County Superior Court on September 13, 2007;

23          WHEREAS Defendant MBLOX, INC. ("mBlox") timely removed this action from the Santa

24   Clara County Superior Court on October 17, 2007;

25          WHEREAS, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, mBlox must answer

26   or otherwise respond to the Complaint within five (5) days of removal or by October 24, 2007;

27          WHEREAS, Plaintiff has graciously agreed to extend the time by which mBlox must file its

28   Complaint;

                                                   1

                                                        STIPULATION TO EXTEND
                                                        TIME TO ANSWER

1    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between

2    Plaintiff and Defendant mBlox, by and through their respective undersigned attorneys, pursuant to Local

3    Rule 6-1 of the United States District Court for the Northern District of California, that Defendant

4    MBLOX, INC. shall have sixty (60) days from the date of removal, or until Monday, December 17,

5    2007, to answer or otherwise respond to Plaintiff's Complaint.

6

7                                    **STIPULATION**

8    IT IS SO STIPULATED.

9                                                    Respectfully submitted,

10   Dated: October 22, 2007                         WILDMAN, HARROLD, ALLEN & DIXON LLP

11

12                                                   By: _____
                                                          Chung-Han Lee
13

14   Jeffrey L. Fillerup (SBN 120543)                Craig M. White (Pro Hac Vice pending)
     LUCE, FORWARD, HAMILTON & SCRIPPS               Brent R. Austin (SBN 141938 inactive)
15      LLP                                          Chung-Han Lee (SBN 231950)
     Rincon Center II, 121 Spear Street, Suite 200   WILDMAN, HARROLD, ALLEN & DIXON, LLP
16   San Francisco, California 94105-1582            225 West Wacker Drive, Suite 2800
     Telephone: (415) 356-4600                       Chicago, Illinois 60606
17   Facsimile: (415) 356-4610                       Telephone: (312) 201-2000
     E-mail: jfillerup@luce.com                      Facsimile: (312) 201-2555
18
                                                     Attorneys for Defendant MBLOX, INC.
19
     Dated: October 22 2007                          LAW OFFICES OF TERRY M. GORDON
20

21

22                                                   By: _____
                                                          Terry M. Gordon
23

24                                                   Terry M. Gordon (SBN 75604)
                                                     LAW OFFICES OF TERRY M. GORDON
25                                                   Three Harbors Drive, Suite 317
                                                     Sausalito, California 94965
26                                                   Telephone: (415) 331-3601
                                                     Facsimile: (415) 331-1225
27
                                                     One of the Attorneys for Plaintiff RUSSELL
28                                                   BRADBERRY

                                        2

John G. Jacobs
Bryan G. Kolton
THE JACOBS LAW FIRM, CHTD
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850

Jay Edelson
Myles McGuire
BLIM & EDELSON
53 West Jackson Boulevard, Suite 1642
Chicago, Illinois 60604
Telephone: (312) 913-9400
Facsimile: (312) 913-9401

Attorneys for Plaintiff RUSSELL BRADBERRY

3

STIPULATION TO EXTEND
TIME TO ANSWER