**United States District Court**
For the Northern District of California

1
2
3
4
5
6      IN THE UNITED STATES DISTRICT COURT
7
       FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   RUSSELL BRADBERRY                          NO. CV 07-05298 PJH

11            Plaintiff,                        **CLERK'S NOTICE RE: FAILURE
       v.                                      TO FILE ELECTRONICALLY
12                                              AND/OR REGISTER AS AN E-
                                                FILER**
13   MBLOX, INC.
              Defendant.
14                                         /

15
16   On October 17, 2007, counsel for **Defendant mBlox Inc**. filed a **Notice of Removal (doc 1), Demand
     for Jury Trial (doc 2) and a Certificate of Service (doc 3)** manually, on paper. This case has been
17
     designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.
18
19
     The above mentioned paper document has been filed and docketed. However, General Order 45
20
     provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
21
     presumptively designated" as e-filing cases. Therefore, counsel for Defendant should submit the Notice
22
     of Removal, Demand for Jury Trial and Certificate, in PDF format within 10 days, as an attachment in
23
     an *e-mail* message directed to the judges chamber's "PDF" email box listed at
24
     http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not*
25
     e-file a document which has been previously filed on paper, as is the case with the above mentioned
26
     filing. **All subsequent papers should be e-filed.**
27
28

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users must do so immediately.  Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: October 25, 2007

*Felicia Reloba*
<u>Felicia Reloba</u>
Deputy Clerk

2