Craig M. White (*Pro Hac Vice* pending)
Brent R. Austin (SBN 141938 inactive)
Chung-Han Lee (SBN 231950)
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

Jeffrey L. Fillerup (SBN 120543)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone: (415) 356-4600
Facsimile: (415) 356-4610
E-mail: jfillerup@luce.com

Attorneys for Defendant MBLOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>  Plaintiff,<br><br>vs.<br><br>MBLOX, INC., a Delaware corporation,<br><br>  Defendant. | Case No. C-07-5298 (PJH)<br><br>**DEFENDANT MBLOX, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

  mBlox, Inc.

  Scale Venture Partners

1

1     Duff Ackerman & Goodrich

2     Novus Ventures

3     Norwest Venture Partners

4     Trident Capital

5     AIG

6     Silicon Valley Bank

7     Andrew Bud

8     Paul McGuire

Respectfully submitted,

Dated: October 25, 2007

WILDMAN, HARROLD, ALLEN & DIXON LLP

By:    /s/ *Chung-Han Lee*
            Chung-Han Lee

Craig M. White (Pro Hac Vice pending)
Brent R. Austin (SBN 141938 inactive)
Chung-Han Lee (SBN 231950)
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone:    (312) 201-2000
Facsimile:    (312) 201-2555

Jeffrey L. Fillerup (SBN 120543)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone: 415-356-4600
Fax No: 415-356-4610
E-mail: jfillerup@luce.com

Attorneys for Defendant MBLOX, INC.