IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSELL BRADBERRY,

       Plaintiff,

  v.

T-MOBILE USA, INC.,

       Defendant.
_____

RUSSELL BRADBERRY,

       Plaintiff,

  v.

MBLOX, INC. a Delaware Corporation,

       Defendant.
_____/

No. C 06-06567CW

**AMENDED** ORDER FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES

No. C 07-5298 PJH

Pursuant to Civil L.R. 3-12(c), this Court, <u>sua sponte</u>, must determine whether the above two captioned cases are related. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

Dated: **10/29/07**

_____
CLAUDIA WILKEN
United States District Judge