TERRY M. GORDON - SBN 75604
LAW OFFICES OF TERRY M. GORDON
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone:   (415) 331-3601
Facsimile:    (415) 331-1225

JOHN G. JACOBS (PENDING *PRO HAC VICE*)
BRYAN G. KOLTON (PENDING *PRO HAC VICE*)
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850

JAY EDELSON ( PENDING *PRO HAC VICE*)
MYLES MCGUIRE (PENDING *PRO HAC VICE*)
KAMBEREDLESON, LLC
53 West Jackson Boulevard
Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370
Facsimile: (312) 873-4610

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MBLOX, INC., a Delaware corporation,<br><br>Defendant. | Case No. C-07-5298 PJH<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**<br><br>Hearing Date: December 19, 2008<br>Time:     9:00 a.m.<br>Dept.:     Crtrm. 3, 17th Flr.<br><br>The Honorable Phyllis J. Hamilton<br><br>**CLASS ACTION** |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**
**Case No. C-07-5298 PJH**

1  TO DEFENDANT AND ITS ATTORNEY OF RECORD HEREIN:

2  PLEASE TAKE NOTICE that on December 19, 2007, at 9:00 a.m., in Courtroom 3

3  of the above-entitled Court, Plaintiff Russell Bradberry, individually and on behalf of a class

4  of similarly situated individuals, will appear before the Honorable Phyllis J. Hamilton, and

5  then and there present his Motion to Remand:

6      1.    Pursuant to the provisions of 28 U.S.C. § 1447( c), Plaintiff moves to have

7  this case remanded to the Superior Court of Santa Clara County, California.  Defendant's

8  removal of this case from that court to this Court was improper and contrary to well-

9  established law on the subject.  This Court lacks subject-matter jurisdiction over the case.

10 The case should be forthwith remanded to the Superior Court of Santa Clara County,

11 California, and with attorney's fees awarded to Plaintiff.

12     2.    The burden is on Defendant to show by a preponderance of the evidence that

13 removal is proper, and it cannot sustain that burden.  Defendant suggests two bases for

14 jurisdiction in this Court to support removal:  (a) CAFA (28 U.S.C. §§ 1332(d) and 1453),

15 and (b) supplemental jurisdiction under 28 U.S.C. § 1367 (a).  As is set forth in Plaintiff's

16 contemporaneously-filed Memorandum In Support Of Plaintiff's Motion To Remand, neither

17 basis can be countenanced.  Defendant's fails to satisfy its burden of proving that claimed

18 damages are in excess of $5 million as required for CAFA removal, and, as a matter of law,

19 Defendant cannot rely upon 28 U.S.C. § 1367(a) to support jurisdiction in this Court.

20     3.    Plaintiff incorporates herein by reference his Memorandum In Support Of

21 Plaintiff's Motion To Remand.

22 This Motion will be based on this Notice and Motion, and the supporting

23 Memorandum filed herewith, and on the files and records of this Court, and such argument as

24 may be permitted at the hearing.

25 WHEREFORE, it is respectfully requested that this Court forthwith remand this

26 action to the Superior Court of Santa Clara County, California, from whence it was

27

28

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**
**Case No. C-07-5298 PJH**
- 2 -

improperly removed, and that the Court award Plaintiff his attorney's fees and such further or additional relief as the Court shall deem appropriate.

          Respectfully submitted,

Dated: November 5, 2007        LAW OFFICES OF TERRY M. GORDON

By: /s/ Terry M. Gordon
    TERRY M. GORDON
    One of the Attorneys for RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**
**Case No. C-07-5298 PJH**

- 3 -