TERRY M. GORDON - SBN 75604
LAW OFFICES OF TERRY M. GORDON
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone:   (415) 331-3601
Facsimile:   (415) 331-1225

JOHN G. JACOBS (PENDING *PRO HAC VICE*)
BRYAN G. KOLTON (PENDING *PRO HAC VICE*)
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850

JAY EDELSON ( PENDING *PRO HAC VICE*)
MYLES MCGUIRE (PENDING *PRO HAC VICE*)
KAMBEREDLESON, LLC
53 West Jackson Boulevard
Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370
Facsimile: (312) 873-4610

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>               Plaintiff,<br><br>v.<br><br>MBLOX, INC., a Delaware corporation,<br><br>               Defendant. | Case No. C-07-5298 PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>Hearing Date: December 19, 2008<br>Time:              9:00 a.m.<br>Dept.:              Crtrm. 3, 17th Flr.<br><br>The Honorable Phyllis J. Hamilton<br><br>**<u>CLASS ACTION</u>** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**
**Case No. C-07-5298 PJH**

1  This matter came before the Court on Plaintiff's Motion to Remand.  The matter
2  having been fully briefed, the Court being fully advised of the premises, and good cause
3  appearing, the Court rules as follows:
4  Plaintiff's Motion is GRANTED.  Defendant's removal was wrong as a matter of
5  law.  Plaintiff is awarded his attorney's fees.  This case is remanded to the Superior Court of
6  the State of California, County of Santa Clara.
7  IT IS SO ORDERED.
8
9  Dated: _____                    By: _____
10                                                Phyllis J. Hamilton
                                                  United States District Judge

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**
**Case No. C-07-5298 PJH**
- 2 -