1  Craig M. White (*Pro Hac Vice* pending)
   Brent R. Austin (SBN 141938 inactive)
2  Chung-Han Lee (SBN 231950)
   WILDMAN, HARROLD, ALLEN & DIXON, LLP
3  225 West Wacker Drive, Suite 2800
   Chicago, Illinois  60606
4  Telephone: (312) 201-2000
   Facsimile: (312) 201-2555
5
6  Jeffrey L. Fillerup (SBN 120543)
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
7  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
8  Telephone:  (415) 356-4600
   Fax No:  (415) 356-4610
9  E-mail:  jfillerup@luce.com

10 Attorneys for Defendant MBLOX, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., a Delaware corporation<br><br>    Defendant. | Case No. C-06-6567 (CW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MBLOX'S NOTICE OF MOTION AND MOTION FOR JOINDER, OR IN THE ALTERNATIVE, TO CONSOLIDATE CASES**<br><br>Judge:    The Honorable Claudia Wilken<br>Date:     November 29, 2007<br>Time:     2:00 p.m.<br>Courtroom: 2, 4th Floor |
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>MBLOX, INC., a Delaware corporation,<br><br>    Defendant. | Case No. C-07-5298 (PJH) |

1      This matter came before the Court on Defendant MBlox, Inc.'s Motion for Joinder, or in the Alternative, to Consolidate Cases. The matter having been fully briefed, the Court being fully advised of the premises, and good cause appearing, the Court rules as follows:

     Defendant MBlox, Inc.'s Motion for Joinder is GRANTED. Pursuant to Rule 20 of the Federal Rules of Civil Procedure, the case captioned *Russell Bradberry v. MBlox, Inc.*, C-07-5298 PJH, is hereby joined with the case captioned *Russell Bradberry v. T-Mobile USA, Inc.*, C-06-6567 CW, and Defendant MBlox, Inc. is now a defendant in the first-filed action, *Russell Bradberry v. T-Mobile USA, Inc.*, C-06-6567 CW.

     IT IS SO ORDERED.

Dated:                                  By: _____

                                            United States District Judge

[PROPOSED] ORDER