RECEIVED
NOV - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

RUSSELL BRADBERRY

Plaintiff(s),

v.

MBLOX, INC.

Defendant(s).

CASE NO. C 07-5298 PJH

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

CRAIG M. WHITE, an active member in good standing of the bar of THE STATE OF ILLINOIS whose business address and telephone number (particular court to which applicant is admitted) is

Wildman, Harrold, Allen & Dixon, LLP, 225 West Wacker Drive, 28th Floor, Chicago, Illinois, 60606-1229, (312) 201-2000, white@wildman.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DEFENDANT MBLOX, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/6/07

_____
United States District Judge
Phyllis J. Hamilton