TERRY M. GORDON - SBN 75604
LAW OFFICES OF TERRY M. GORDON
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone:    (415) 331-3601
Facsimile:    (415) 331-1225

JOHN G. JACOBS (PENDING *PRO HAC VICE*)
BRYAN G. KOLTON (PENDING *PRO HAC VICE*)
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850

JAY EDELSON (PENDING *PRO HAC VICE*)
MYLES MCGUIRE (PENDING *PRO HAC VICE*)
KAMBEREDELSON, LLC
53 West Jackson Boulevard
Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370
Facsimile: (312) 873-4610

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation<br><br>　　　　　　　Defendant. | Case No. C 06 6567 CW<br><br>**DECLARATION OF BRYAN G. KOLTON IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR JOINDER, OR IN THE ALTERNATIVE, CONSOLIDATION**<br><br>The Honorable Claudia Wilken<br><br>Hearing Date: Nov. 29, 2007<br>Time:　　　2:00 p.m.<br>Courtroom 2, 4th Flr. |

**DECLARATION OF BRYAN G. KOLTON IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR JOINDER, OR IN THE ALTERNATIVE, FOR JOINDER, Case Nos. C-06-6567 CW; C-07-5298 PJH**

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals, <br><br>    Plaintiff, <br><br> v. <br><br> MBLOX, INC., a Delaware corporation, <br><br>    Defendant. | )  Case No. C-07-5298 PJH <br> ) <br> ) <br> ) <br> ) <br> )  The Honorable Phyllis J. Hamilton <br> ) <br> ) <br> ) <br> ) <br> )  **CLASS ACTION** |

I, Bryan G. Kolton, an attorney for Plaintiff Russell Bradberry in this matter, state as follows:

1. I have personal knowledge of the facts set forth herein.

2. I am one of the attorneys representing Plaintiff Russell Bradberry in *Bradberry v. T-Mobile*, No. C-06-6567 (the "T-Mobile case") and in *Bradberry v. mBlox, Inc.*, No. C-07-5298 (the "mBlox case").

3. The complaint in the T-Mobile case was filed on October 20, 2006 and the amended complaint was filed on February 23, 2007.

4. The parties in the T-Mobile case filed a joint case management statement on March 23, 2007, participated in an initial case management conference on March 30, 2007 and each filed proposed case management schedules on April 27, 2007.

5. The Court referred the T-Mobile case to early neutral evaluation ("ENE") on March 30, 2007 and the parties in the T-Mobile case completed the ENE on August 17, 2007.

6. On May 7, 2007 the Court in the T-Mobile case entered its case management scheduling order. On August 22, 2007 the Court in the T-Mobile case entered an amended case management scheduling order.

---

**DECLARATION OF BRYAN G. KOLTON IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR JOINDER, OR IN THE ALTERNATIVE, FOR JOINDER, Case Nos. C-06-6567 CW; C-07-5298 PJH**

- 2 -

7. On August 31, 2007 T-Mobile filed a motion seeking to dismiss Count V of Plaintiff's amended complaint. The motion will be fully briefed by December 7, 2007 and is set to be heard on December 20, 2007.

8. On September 6, 2007 T-Mobile filed its answer to the remainder of Plaintiff's amended complaint.

9. The parties in the T-Mobile case spent weeks negotiating an appropriate agreed protective order which the Court in the T-Mobile case entered on September 12, 2007.

10. Rule 26 disclosures have occurred in the T-Mobile case. Discovery in the T-Mobile case got underway in June of this year. Documents have been produced pursuant to Rule 34 requests, there has been some third-party discovery with more to follow, and interrogatories and requests to admit have been served and responded to.

11. A class certification motion and memorandum were due to be filed in the T-Mobile case in late September when the parties agreed to a brief stay so that they could pursue mediation. A mediation is currently scheduled in the T-Mobile case for November 20, and if a settlement is not reached, class certification papers will be filed on November 30, 2007. The hearing on class certification in T-Mobile is scheduled to take place on February 7, 2008. Attached hereto as Exhibit A is a true and correct copy of the Court's October 30, 2007 Order in the T-Mobile case, referencing the foregoing dates.

12. The complaint in the mBlox case was filed in the Superior Court of Clara County on September 13, 2007 and removed by mBlox to this Court on October 17, 2007.

13. mBlox's first filing in federal court after filing its notice of removal was a stipulation to extend the time to respond to the complaint until December 17, 2007. Attached hereto as Exhibit B is a true and correct copy of the said Stipulation.

---

**DECLARATION OF BRYAN G. KOLTON IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR JOINDER, OR IN THE ALTERNATIVE, FOR JOINDER, Case Nos. C-06-6567 CW; C-07-5298 PJH**

- 3 -

14. On November 5, 2007, Plaintiff timely filed a motion to remand the mBlox Case, which motion is set to be heard on December 19, 2007. A true and correct copy of the said motion and supporting memorandum is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

                                                                           /s/ Bryan G. Kolton  
                                                                          Bryan G. Kolton

Dated: November 8, 2007

---

**DECLARATION OF BRYAN G. KOLTON IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR JOINDER, OR IN THE ALTERNATIVE, FOR JOINDER, Case Nos. C-06-6567 CW; C-07-5298 PJH**

- 4 -