| | |
|---|---|
| 1 | Craig M. White (*Pro Hac Vice*) |
| | Brent R. Austin (SBN 141938) |
| 2 | Chung-Han Lee (SBN 231950) |
| | WILDMAN, HARROLD, ALLEN & DIXON, LLP |
| 3 | 225 West Wacker Drive, Suite 2800 |
| | Chicago, Illinois 60606 |
| 4 | Telephone: 312-201-2000 |
| | Fax No: 312-201-2555 |
| 5 | E-mail: white@wildman.com |
| |         chunglee@wildman.com |
| 6 | |
| | Jeffrey L. Fillerup (SBN 120543) |
| 7 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| | Rincon Center II, 121 Spear Street, Suite 200 |
| 8 | San Francisco, California 94105-1582 |
| | Telephone: 415-356-4600 |
| 9 | Fax No: 415-356-4610 |
| | E-mail: jfillerup@luce.com |
| 10 | |
| 11 | Attorneys for Defendant mBlox, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals, | Case No. **06-CV-6567 (CW)** |
| Plaintiff, | **CERTIFICATE OF SERVICE [E-FILING & U.S. MAIL]** |
| vs. | |
| T-MOBILE USA, INC., a Delaware corporation, | |
| Defendant. | |
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals, | Case No. **07-CV-05298-(PJH)** |
| Plaintiff, | **CERTIFICATE OF SERVICE [E-FILING & U.S. MAIL]** |
| vs. | |
| mBlox, Inc. a Delaware corporation, | |
| Defendant. | |

I, Chung-Han Lee, declare as follows:

I am employed with the law firm of Wildman, Harrold, Allen & Dixon, LLP, whose

address is 225 West Wacker Drive, Suite 2800, Chicago, Illinois 60606. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years, and am not a party to this action.

On November 15, 2007 I served the following:

**REPLY MEMORANDUM IN SUPPORT OF DEFENDANT MBLOX'S NOTICE OF MOTION AND MOTION FOR JOINDER, OR IN THE ALTERNATIVE, TOCONSOLIDATE CASES**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[X]   **BY MAIL:** By placing a true copy in an envelope addressed as shown to the parties below. I am familiar with Wildman, Harrold, Allen & Dixon, LLP's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

[X]   **ELECTRONIC TRANSMISSION:** I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States Bankruptcy Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.

[X]   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Chicago, Illinois on November 15, 2007.

　　　　　　　　　　　　　　　　　　　　　_/s/   Chung-Han Lee_
　　　　　　　　　　　　　　　　　　　　　NAME

## SERVICE LIST

**07-CV-05298-CW**
Bradberry v. mBlox, Inc.

| Terry M. Gordon, SBN 75604<br>LAW OFFICE OF TERRY M. GORDON<br>Three Harbor Dr., Ste. 317<br>Sausalito, CA 94965<br>Telephone: 415-331-3601<br>Facsimile: 415-331-1225<br>Tgordon@tgordonlaw.com<br><br>Attorneys for Plaintiff Russell Bradberry | John G. Jacobs (*Pro Hac Vice* Pending)<br>Bryan G. Kolton (*Pro Hac Vice* Pending)<br>THE JACOBS LAW FIRM, CHTD.<br>122 South Michigan Ave., Ste. 1850<br>Chicago, IL 60603<br>Telephone: 312-427-4000<br>Facsimile: 312-427-1850<br>bgkolton@thejacobslawfirm.com<br>jgjacobs@thejacobslawfirm.com<br><br>Attorneys for Plaintiff Russell Bradberry |
|---|---|
| Jay Edelson (*Pro Hac Vice* Pending)<br>Myles McGuire (*Pro Hac Vice* Pending)<br>BLIM & EDELSON, LLC<br>53 West Jackson Blvd., Ste. 1642<br>Chicago, IL 60604<br>Telephone: 312-913-9400<br>Facsimile: 312-913-9401<br>myles@blimlaw.com<br><br>Attorneys for Plaintiff Russell Bradberry | |