1  TERRY M. GORDON - SBN 75604
   LAW OFFICES OF TERRY M. GORDON
2  Three Harbor Drive, Suite 215
   Sausalito, California 94965
3  Telephone:    (415) 331-3601
   Facsimile:    (415) 331-1225
4
   ATTORNEYS FOR PLAINTIFF
5

6  CRAIG M. WHITE (*Pro Hac Vice Pending*)
   BRENT R. AUSTIN (SBN 141938– Inactive)
7  CHUNG-HAN LEE (SBN 231950)
   WILDMAN, HARROLD, ALLEN & DIXON, LLP
8  225 West Wacker Drive, Suite 2800
   Chicago, Illinois 60606
9  Telephone: (312) 201-2000
   Facsimile: (312) 201-2555
10
   ATTORNEYS FOR DEFENDANT
11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                          OAKLAND DIVISION

15

16 | RUSSELL BRADBERRY, individually and on ) | Case No. C 06 6567 CW
   | behalf of a class of similarly situated )
17 | individuals,                            )
   |                                         ) | **STIPULATION AND [PROPOSED]**
18 |                     Plaintiff,          ) | **ORDER CHANGING HEARING**
   |                                         ) | **DATE ON DEFENDANT'S MOTION**
19 | v.                                      ) | **FOR JOINDER, OR IN THE**
   |                                         ) | **ALTERNATIVE, CONSOLIDATION**
20 | T-MOBILE USA, INC., a Delaware          )
   | corporation                             ) | The Honorable Claudia Wilken
21 |                                         )
   |                     Defendant.          )
22 |                                         )

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE ON DEFENDANT'S
MOTION FOR JOINDER, OR IN THE ALTERNATIVE, CONSOLIDATION, Case Nos. C-06-6567
CW; C-07-5298 PJH**

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>MBLOX, INC., a Delaware corporation,<br><br>    Defendant. | )<br>)  Case No.C-07-5298 PJH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **CLASS ACTION** |

WHEREAS, Defendant mBlox, Inc. ("mBlox") has filed a Motion For Joinder, Or In The Alternative, Consolidation (the "Joinder Motion"), which motion is currently scheduled for hearing before the Court at 2:00 p.m on November 29, 2007;

WHEREAS, Plaintiff has filed a motion to remand the case to the Superior Court of Santa Clara County, California, from whence Defendant removed the case, which remand motion is scheduled for hearing before the Court at 2:00 p.m. on December 13, 2007;

WHEREAS, both Parties believe that it would conserve judicial and party resources to have a single hearing, especially since the Joinder Motion would become moot if the Court decided to remand the case.

IT IS THEREFORE HEREBY STIPULATED AND AGREED that the hearing previously scheduled on the Joinder Motion for 2:00 p.m. on November 29, 2007 should be rescheduled to occur at 2:00 p.m. on December 13, 2007 or such other time as Plaintiff's Motion To Remand is heard.

The remainder of this page intentionally left blank.

**STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE ON DEFENDANT'S MOTION FOR JOINDER, OR IN THE ALTERNATIVE, CONSOLIDATION, Case Nos. C-06-6567 CW; C-07-5298 PJH**

1  Dated: November 19, 2007                    WILDMAN, HARROLD, ALLEN &
2                                              DIXON, LLT

3                                              By:  /s/ Craig M. White
4                                                   Craig M. White
                                                    Brent R. Austin
5                                                   Chung-Han Lee
                                                    Attorneys for Defendant
6                                                   mBlox, Inc.

7

8  Dated: November 19, 2007                    LAW OFFICES OF TERRY M. GORDON

9

10                                             By:  /s/ Terry M. Gordon
                                                    Terry M. Gordon
11                                                  Attorneys for Plaintiff
                                                    RUSSELL BRADBERRY
12

13

14 Pursuant to Stipulation, IT IS SO ORDERED.

15

16 DATED: _____            _____
                                       The Honorable Claudia Wilken
17                                     United States District Judge

**STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE ON DEFENDANT'S MOTION FOR JOINDER, OR IN THE ALTERNATIVE, CONSOLIDATION, Case Nos. C-06-6567 CW; C-07-5298 PJH**