1  Craig M. White (Admitted *Pro Hac Vice*)
   Brent R. Austin (SBN 141938)
2  Chung-Han Lee (SBN 231950)
   WILDMAN, HARROLD, ALLEN & DIXON, LLP
3  225 West Wacker Drive, Suite 2800
   Chicago, Illinois 60606
4  Telephone: (312) 201-2000
   Facsimile: (312) 201-2555
5
   Jeffrey L. Fillerup (SBN 120543)
6  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
7  San Francisco, California 94105-1582
   Telephone: (415) 356-4600
8  Fax No: (415) 356-4610
   E-mail: jfillerup@luce.com
9
10 Attorneys for Defendant MBLOX, INC.

11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13                          OAKLAND DIVISION

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>MBLOX, INC., a Delaware corporation,<br><br>Defendant. | Case No. C-07-5298 (CW)<br><br>**CERTIFICATE OF SERVICE RE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND DECLARATION OF ROB MALCOLM IN SUPPORT OF DEFENDANT MBLOX, INC.'S MEMORANDUM IN OPPOSITION TO MOTOIN FOR REMAND**<br><br>Judge:       The Honorable Claudia Wilken<br>Date:        December 13, 2007<br>Time:        2:00 p.m.<br>Courtroom: 2, 4th Floor |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of eighteen years and not a party to the within action. I am employed in the City of Chicago, County of Cook, Illinois; my business address is 225 West Wacker Drive, 28th Floor, Chicago, Illinois 60606.

On the date below, I served a copy, with all exhibits, of the following documents:

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND DECLARATION OF ROB MALCOLM IN SUPPORT OF DEFENDANT MBLOX, INC.'S MEMORANDUM IN OPPOSITION TO MOTION FOR REMAND**

on all interested parties in the action, as follows:

X    **By ECF Filing on**:

   Jeffrey L. Fillerup – jfillerup@luce.com

   Terry M. Gordon – Tgordon@tgordonlaw.com

   John G. Jacobs – jgjacobs@thejacobslawfirm.com

   Bryan G. Kolton – bgkolton@thejacobslawfirm.com

   Myles P. McGuire – myles@blimlaw.com

   Craig M. White – white@wildman.com

X    **By Mail on**:

   Jay Edelson
   Blim & Edelson, LLC
   53 West Jackson Boulevard, Suite 1642
   Chicago, Illinois 60604

   Brent R. Austin
   Wildman, Harrold, Allen & Dixon LLP
   225 West Wacker Drive, Suite 2800
   Chicago, Illinois 60606

I caused an envelope to be deposited in the Mail at Chicago, Illinois with postage thereon fully prepaid. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Chicago, Illinois in sealed envelopes with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Chicago, Illinois on November 26, 2007.

/s/ Loretta Rosiejka