TERRY M. GORDON - SBN 75604
LAW OFFICES OF TERRY M. GORDON
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone:    (415) 331-3601
Facsimile:    (415) 331-1225

ATTORNEYS FOR PLAINTIFF


CRAIG M. WHITE (*Pro Hac Vice Pending)*
BRENT R. AUSTIN (SBN 141938– Inactive)
CHUNG-HAN LEE (SBN 231950)
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone:  (312) 201-2000
Facsimile:  (312) 201-2555

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation<br><br>        Defendant. | Case No. C 06 6567 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE ON DEFENDANT'S MOTION FOR JOINDER, OR IN THE ALTERNATIVE. CONSOLIDATION AS MODIFIED**<br>The Honorable Claudia Wilken |

RUSSELL BRADBERRY, individually and on
behalf of a class of similarly situated
individuals,

        Plaintiff,

v.

MBLOX, INC., a Delaware corporation,

        Defendant.

Case No. C-07-5298 ~~PJH~~ CW

**CLASS ACTION**

WHEREAS, Defendant mBlox, Inc. ("mBlox") has filed a Motion For Joinder, Or In The Alternative, Consolidation (the "Joinder Motion"), which motion is currently scheduled for hearing before the Court at 2:00 p.m on November 29, 2007;

WHEREAS, Plaintiff has filed a motion to remand the case to the Superior Court of Santa Clara County, California, from whence Defendant removed the case, which remand motion is scheduled for hearing before the Court at 2:00 p.m. on December 13, 2007;

WHEREAS, both Parties believe that it would conserve judicial and party resources to have a single hearing, especially since the Joinder Motion would become moot if the Court decided to remand the case.

IT IS THEREFORE HEREBY STIPULATED AND AGREED that the hearing previously scheduled on the Joinder Motion for 2:00 p.m. on November 29, 2007 should be rescheduled to occur at 2:00 p.m. on December 13, 2007 or such other time as Plaintiff's Motion To Remand is heard.

The remainder of this page intentionally left blank.

**STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE ON DEFENDANT'S MOTION FOR JOINDER, OR IN THE ALTERNATIVE, CONSOLIDATION, Case Nos. C-06-6567 CW; C-07-5298 PJH**

- 2 -

Dated:  November 19, 2007                    WILDMAN, HARROLD, ALLEN &
                                             DIXON, LLT

                                             By:   /s/ Craig M. White
                                                   Craig M. White
                                                   Brent R. Austin
                                                   Chung-Han Lee
                                                   Attorneys for Defendant
                                                   mBlox, Inc.

Dated:  November 19, 2007                    LAW OFFICES OF TERRY M. GORDON

                                             By:   /s/ Terry M. Gordon
                                                   Terry M. Gordon
                                                   Attorneys for Plaintiff
                                                   RUSSELL BRADBERRY

Pursuant to Stipulation, IT IS SO ORDERED.    **The pending motion to dismiss will also be heard on December 13, 2007, if it has not previously been decided on the papers.**

DATED:  _ 11/28/07 _____

                                             The Honorable Claudia Wilken
                                             United States District Judge