JAY EDELSON (*PRO HAC VICE*)
MYLES MCGUIRE (*PRO HAC VICE*)
KAMBEREDELSON, LLC
53 West Jackson Boulevard
Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370

JOHN G. JACOBS (*PRO HAC VICE*)
BRYAN G. KOLTON (*PRO HAC VICE*)
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850

TERRY M. GORDON - SBN 75604
LAW OFFICES OF TERRY M. GORDON
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone:    (415) 331-3601
Facsimile:    (415) 331-1225

ATTORNEYS FOR PLAINTIFF

UNITED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>          Plaintiff,<br><br>v.<br><br>MBLOX, INC., a Delaware corporation,<br><br>          Defendant. | Case No. C 07 5298 CW<br><br>**PLAINTIFF'S WITHDRAWAL OF MOTION TO REMAND**<br><br>Hearing Date: December 13, 2007<br>Time:         9:00 a.m.<br>Dept.:        Courtroom 2, 4th Floor<br><br>The Honorable Claudia Wilken<br><br>**<u>CLASS ACTION</u>** |

In its opposition to Plaintiff's motion to remand, mBlox, Inc. presented evidence establishing that the Court does have jurisdiction. This evidence was available to mBlox when it removed, and should have been presented in its remand petition. Had mBlox done so, Plaintiff would have been saved the expense of this motion. Even now, the proper procedure for mBlox to have followed was a motion to amend its petition[1], rather than in opposition to this motion. Nevertheless, because mBlox has shown that a proper removal petition would have established the Court's jurisdiction, Plaintiff hereby withdraws his motion to remand.

Respectfully submitted,

Dated: December 3, 2007          LAW OFFICES OF TERRY M. GORDON

By:/s/ Terry M. Gordon
TERRY M. GORDON
One of the Attorneys for RUSSELL BRADBERRY, individually and on behalf of a class of similarly situated individuals

---

[1] See, eg. *Gafford v. General Elec. Co.* (6th Cir. 1993) 997 F. 2d 150, 164.