IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br><br>    Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant.<br>_____ | No. C 06-06567 CW |
| BRADBERRY,<br><br>    Plaintiff,<br><br>  v.<br><br>mBlox, Inc.<br><br>    Defendant.<br>_____/ | No. C 07-05298 CW<br><br><u>CLERK'S NOTICE<br>TAKING MOTON UNDER<br>SUBMISSION</u> |

    Notice is hereby given that the Court, on its own motion, shall take mBlox's Motion for Joinder, or in the Alternative, to Consolidate Case under submission on the papers.  The hearing previously scheduled for December 13, 2007, is vacated.

Dated: 12/4/07

                                      *Sheilah Cahill*
                                      SHEILAH CAHILL
                                      Deputy Clerk