UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RUSSELL BRADBERRY, individually
and on behalf of a class of similarly
Plaintiff(s),

Case No. C-07-5298 (CW)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

MBLOX, INC., a Delaware Corporation

Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/29/2008

/s/ David J. Power
[Party] Defendant, mBlox, Inc.

Dated: 1/29/2008

/s/ Chung-Han Lee
[Counsel] Attorney for Defendant, mBlox, Inc.