UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RUSSELL BRADBERRY, individually and
on behalf of a class of similarly situated
individuals                              ✚        CASE NO.  C-07-5298 (CW)
                    Plaintiff(s),

            v.                           STIPULATION AND [PROPOSED]
MBLOX, INC., a Delaware corporation,     ORDER SELECTING ADR PROCESS

                    Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
                Non-binding Arbitration (ADR L.R. 4)
                Early Neutral Evaluation (ENE)   (ADR L.R. 5)
                Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ✓      Private ADR (*please identify process and provider*)  _____

The parties have and are currently engaged in preliminary settlement discussions.  The parties have agreed to
participate in private mediation with a mediator to be determined by agreement of the parties.

The parties agree to hold the ADR session by:
        ✓      the presumptive deadline *(The deadline is 90 days from the date of the order
               referring the case to an ADR process unless otherwise ordered. )*

                other requested deadline _____

Dated: 1/29/2008                         /s/ TERRY M. GORDON
                                         Attorney for Plaintiff

Dated: 1/29/2008                         /s/ CHUNG-HAN LEE
                                         Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
      Mediation
   **X** Private ADR

Deadline for ADR session
   **X** 90 days from the date of this order.
      other

IT IS SO ORDERED.

Dated:       1/30/08

UNITED STATES DISTRICT    JUDGE