IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY, | No. C 06-06567 CW |
| Plaintiff, | |
| v. | |
| T-MOBILE USA, INC., | |
| Defendant. | |
| BRADBERRY, | No. C 07-05298 CW |
| Plaintiff, | |
| v. | CLERK'S NOTICE |
| mBlox, Inc. | CONTINUING CASE MANAGEMENT CONFERENCE |
| Defendant. | |

Notice is hereby given that the Case Management Conference, previously set for February 19, 2008, is continued to **March 18, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Statement will be due one week prior to the conference.

Dated: 2/6/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk