MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br><br>         Plaintiff,<br><br>    v.<br><br>T-MOBILE, USC, INC. et al.<br><br>         Defendants. | Case No. C 06-06567 CW<br><br>**STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

1.   To permit adequate time to explore settlement in certain of these actions, the Parties in the above-captioned matters agree to suspend the following dates: (a) all dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for Reassigned Cases; and (b) all responsive pleading deadlines.

2.   The Parties further agree that the Case Management Conference in these actions shall be continued to April 17 at 2:00 p.m. At that time, the Parties anticipate that if needed, they will be able to propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC       CASE NOS. C 06-06567 CW,
                                                       C 07-05298 CW  C 07-03407 CW,
                                                       C 08-00013 CW, CW, C 07-06496 CW,

deadlines at that time.

IT IS SO STIPULATED.

Dated: February 26, 2008                    DRINKER BIDDLE & REATH LLP

        /s/ Michael J. Stortz
MICHAEL J. STORTZ

Attorneys for Defendant
AT&T Mobility, LLC

50 Fremont Street, 20th Floor
San Francisco, CA 94105

*Of Counsel*
Seamus C. Duffy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700

Dated: February 26, 2008                    ARNOLD & PORTER LLP

/s/ Angel L. Tang
RONALD L. JOHNSTON
ANGEL L. TANG

Attorneys for Defendants
VeriSign, Inc. and m-Qube, Inc.

777 South Figueroa Street, Suite 4400
Los Angeles, California 90017
(213) 243-4000

*Of Counsel*
James Cooper
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5014

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC        CASE NOS. C 06-06567 CW,
                                                         C 07-05298 CW  C 07-03407 CW,
                                                         C 08-00013 CW, CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | LUCE FORWARD HAMILTON & SCRIPPS LLP |
| 2 | | |
| 3 | | /s/ Jeffrey L. Fillerup <br> JEFFREY L. FILLERUP |
| 4 | | Attorneys for Defendant <br> mBlox, Inc. |
| 5 | | |
| 6 | | Rincon Center II <br> 121 Spear Street, Suite 200 <br> San Francisco, CA 94105-1582 |
| 7 | | Telephone: (415) 356-4600 <br> Facsimile: (415) 356-4610 |
| 8 | | |
| 9 | | *Of Counsel* <br> Craig M. White |
| 10 | | Brent Austin <br> Chung-Han Lee |
| 11 | | WILDMAN HARROLD ALLEN & DIXON LLP <br> 225 West Wacker Drive |
| 12 | | 28th Floor <br> Chicago, IL 60606-1229 |
| 13 | | Telephone: (312) 201-2000 |
| 14 | | |
| 15 | Dated: February 26, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 16 | | |
| 17 | | /s/ Philip Atkins-Pattenson <br> PHILIP ATKINS-PATTENSON |
| 18 | | Attorneys for Defendant <br> Mobile Messenger Americas, Inc. |
| 19 | | |
| 20 | | Four Embarcadero Center <br> Seventeenth Floor |
| 21 | | San Francisco, CA 94111 <br> Telephone: (415) 434-9100 |
| 22 | | Facsimile: (415) 434-3947 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

3

STIPULATION REGARDING BRIEFING DEADLINES AND CMC     CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

| | |
|---|---|
| Dated: February 26, 2008 | KAMBEREDELSON, LLC |
| | |
| | /s/ Myles McGuire |
| | MYLES MCGUIRE |
| | |
| | Attorneys for Plaintiffs |
| | Louis Jiran, Dolores Gresham and Aliza Valdez |
| | |
| | Terry M. Gordon |
| | The Law Offices of Terry M. Gordon |
| | Three Harbor Drive, Suite 215 |
| | Sausalito, California 94965 |
| | Telephone: (415) 331-3601 |
| | Facsimile: (415) 331-1225 |
| | |
| | *Of Counsel* |
| | Jay Edelson |
| | Myles McGuire |
| | KamberEdelson, LLC |
| | 53 West Jackson Blvd. |
| | Suite 1530 |
| | Chicago, IL 60604 |
| | |
| | John G. Jacobs |
| | Bryan G. Kolton |
| | The Jacobs Law Firm, CHTD. |
| | 122 South Michigan Ave |
| | Suite 1850 |
| | Chicago, IL 60603 |
| | |
| Dated: February 26, 2008 | AUDET & PARTNERS, LLP |
| | |
| | /s/ William M. Audet |
| | WILLIAM M. AUDET |
| | |
| | Attorney for Plaintiff Babak Pishvaee |
| | |
| | William M. Audet |
| | AUDET & PARTNERS LLP |
| | 221 Main Street, Suite 1460 |
| | San Francisco, California 94105 |
| | Telephone: (415) 568-2555 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

4
STIPULATION REGARDING BRIEFING DEADLINES AND CMC          CASE NOS. C 06-06567 CW,
                                                         C 07-05298 CW  C 07-03407 CW,
                                                         C 08-00013 CW, CW, C 07-06496 CW

| | |
|---|---|
| Dated: February 26, 2008 | BROAD & CASSEL |

/s/ Jeffrey R. Geldens
JEFFREY R. GELDENS

Attorneys for Defendant
Buongiorno USA, Inc.

Jeffrey R. Geldens
BROAD AND CASSEL
One Biscayne Tower
2 South Biscayne Boulevard, 21st Floor
Miami, FL 33131
Telephone: (305) 373-9400

Dated: February 26, 2008          GORDON & REES, LLP

/s/ Aristotle E. Evia
ARISTOTLE E. EVIA

Attorneys for Defendant
Buongiorno USA, Inc.

Aristotle Eder Evia
GORDON & REES, LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900

Dated: February 26, 2008          WINSTON & STRAWN, LLP

/s/ Debra J. Albin-Riley
DEBRA J. ALBIN-RILEY

Attorney for Defendant T-Mobile USA, Inc.

Debra J. Albin- Riley
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California 90017-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

5
STIPULATION REGARDING BRIEFING DEADLINES AND CMC          CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | THE JACOBS LAW FIRM, CHTD |
| 2 | | |
| 3 | | /s/ John G. Jacobs<br>JOHN G. JACOBS |
| 4 | | Attorneys for Plaintiff |
| 5 | | Russell Bradberry |
| 6 | | John G. Jacobs<br>Bryan G. Kolton |
| 7 | | THE JACOBS LAW FIRM, CHTD<br>122 South Michigan Ave., Ste. 1850 |
| 8 | | Chicago, Ill 60603<br>Telephone: (312) 427-4000<br>Facsimile:  (312) 427-1850 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

6

STIPULATION REGARDING BRIEFING DEADLINES AND CMC         CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW