1

2   MICHAEL J. STORTZ (State Bar No. 139386)
    Michael.Stortz@dbr.com
3   BETH O. ARNESE (State Bar No. 241186)
    Beth.Arnese@dbr.com
4   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
5   San Francisco, California  94105-2235
    Telephone: (415) 591-7500
6   Facsimile: (415) 591-7510

7   Attorneys for Defendant
    AT&T MOBILITY LLC
8

9                   UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  BRADBERRY,                          | Case No. C 06-06567 CW

13              Plaintiff,              | **ORDER**

14      v.

15  T-MOBILE, USC, INC. et al.

16              Defendants.

17

| | |
|---|---|
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395424\1

1    Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY

2  ORDERED.

3    1.    The Court denies without prejudice to renoticing the pending motions set

4  forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for

5  Reassigned Cases; and (b) stays all responsive pleading deadlines.

6    2.    The Case Management Conference shall be continued to **April 15, 2008, at**

7  **2:00 p.m.**  At that time,  the Parties shall propose new dates for a Case Management

8  Scheduling Order.  The Parties will also address a proposed schedule for responsive

9  pleading deadlines at that time.

10    Pursuant to stipulation and for good cause shown, IT IS SO ORDERED as

11  modified.

12

13  Dated: March __10__, 2008

14

15    The Honorable Claudia Wilken
     United States District Court,
16    Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395424\1

[PROPOSED] ORDER

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW