MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE, USC, INC. et al. <br><br> Defendants. | Case No. C 06-06567 CW <br><br> **STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

1. To permit adequate time to explore settlement in certain of these actions, the Parties in the above-captioned matters agree to suspend the following dates: (a) all dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for Reassigned Cases; and (b) all responsive pleading deadlines.

2. The Parties further agree that the Case Management Conference in these actions shall be continued to April 17 at 2:00 p.m. At that time, the Parties anticipate that if needed, they will be able to propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC     CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW,

deadlines at that time.

IT IS SO STIPULATED.

Dated: February 26, 2008               DRINKER BIDDLE & REATH LLP

                                                           /s/ Michael J. Stortz
                                             MICHAEL J. STORTZ

                                             Attorneys for Defendant
                                             AT&T Mobility, LLC

                                             50 Fremont Street, 20th Floor
                                             San Francisco, CA 94105

                                             *Of Counsel*
                                             Seamus C. Duffy
                                             DRINKER BIDDLE & REATH LLP
                                             One Logan Square
                                             18th & Cherry Streets
                                             Philadelphia, Pennsylvania 19103-6996
                                             Telephone: (215) 988-2700

Dated: February 26, 2008               ARNOLD & PORTER LLP

                                             /s/ Angel L. Tang
                                             RONALD L. JOHNSTON
                                             ANGEL L. TANG

                                             Attorneys for Defendants
                                             VeriSign, Inc. and m-Qube, Inc.

                                             777 South Figueroa Street, Suite 4400
                                             Los Angeles, California  90017
                                             (213) 243-4000

                                             *Of Counsel*
                                             James Cooper
                                             Arnold & Porter LLP
                                             555 Twelfth Street, NW
                                             Washington, DC  20004-1206
                                             Telephone:  (202) 942-5014

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\2

2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC                                 CASE NOS. C 06-06567 CW,
                                                                                                         C 07-05298 CW  C 07-03407 CW,
                                                                                                         C 08-00013 CW,  C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | LUCE FORWARD HAMILTON & SCRIPPS LLP |
| 2 | | |
| 3 | | /s/ Jeffrey L. Fillerup |
| | | JEFFREY L. FILLERUP |
| 4 | | Attorneys for Defendant |
| 5 | | mBlox, Inc. |
| 6 | | Rincon Center II |
| | | 121 Spear Street, Suite 200 |
| 7 | | San Francisco, CA 94105-1582 |
| | | Telephone: (415) 356-4600 |
| 8 | | Facsimile: (415) 356-4610 |
| 9 | | *Of Counsel* |
| | | Craig M. White |
| 10 | | Brent Austin |
| 11 | | Chung-Han Lee |
| | | WILDMAN HARROLD ALLEN & DIXON LLP |
| 12 | | 225 West Wacker Drive |
| 13 | | 28th Floor |
| | | Chicago, IL 60606-1229 |
| 14 | | Telephone: (312) 201-2000 |
| 15 | Dated: February 26, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 16 | | |
| 17 | | /s/ Philip Atkins-Pattenson |
| | | PHILIP ATKINS-PATTENSON |
| 18 | | Attorneys for Defendant |
| 19 | | Mobile Messenger Americas, Inc. |
| 20 | | Four Embarcadero Center |
| | | Seventeenth Floor |
| 21 | | San Francisco, CA 94111 |
| | | Telephone: (415) 434-9100 |
| 22 | | Facsimile: (415) 434-3947 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

3

STIPULATION REGARDING BRIEFING DEADLINES AND CMC    CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | KAMBEREDELSON, LLC |
| 2 | | |
| 3 | | /s/ Myles McGuire<br>MYLES MCGUIRE |
| 4 | | Attorneys for Plaintiffs |
| 5 | | Louis Jiran, Dolores Gresham and Aliza Valdez |
| 6 | | Terry M. Gordon<br>The Law Offices of Terry M. Gordon |
| 7 | | Three Harbor Drive, Suite 215<br>Sausalito, California  94965 |
| 8 | | Telephone: (415) 331-3601<br>Facsimile: (415) 331-1225 |
| 9 | | |
| 10 | | *Of Counsel*<br>Jay Edelson |
| 11 | | Myles McGuire<br>KamberEdelson, LLC |
| 12 | | 53 West Jackson Blvd.<br>Suite 1530 |
| 13 | | Chicago, IL 60604 |
| 14 | | John G. Jacobs |
| 15 | | Bryan G. Kolton<br>The Jacobs Law Firm, CHTD. |
| 16 | | 122 South Michigan Ave<br>Suite 1850 |
| 17 | | Chicago, IL 60603 |
| 18 | Dated: February 26, 2008 | AUDET & PARTNERS, LLP |
| 19 | | |
| 20 | | /s/ William M. Audet<br>WILLIAM M. AUDET |
| 21 | | Attorney for Plaintiff Babak Pishvaee |
| 22 | | |
| 23 | | William M. Audet<br>AUDET & PARTNERS LLP |
| 24 | | 221 Main Street, Suite 1460<br>San Francisco, California 94105 |
| 25 | | Telephone:  (415) 568-2555 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

4

STIPULATION REGARDING BRIEFING DEADLINES AND CMC      CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

1  Dated: February 26, 2008                BROAD & CASSEL

                                           /s/ Jeffrey R. Geldens
                                           JEFFREY R. GELDENS

                                           Attorneys for Defendant
                                           Buongiorno USA, Inc.

                                           Jeffrey R. Geldens
                                           BROAD AND CASSEL
                                           One Biscayne Tower
                                           2 South Biscayne Boulevard, 21st Floor
                                           Miami, FL  33131
                                           Telephone: (305) 373-9400


Dated: February 26, 2008                   GORDON & REES, LLP

                                           /s/ Aristotle E. Evia
                                           ARISTOTLE E. EVIA

                                           Attorneys for Defendant
                                           Buongiorno USA, Inc.

                                           Aristotle Eder Evia
                                           GORDON & REES, LLP
                                           275 Battery Street, 20th Floor
                                           San Francisco, CA  94111
                                           Telephone: (415) 986-5900


Dated: February 26, 2008                   WINSTON & STRAWN, LLP

                                           /s/ Debra J. Albin-Riley
                                           DEBRA J. ALBIN-RILEY

                                           Attorney for Defendant T-Mobile USA, Inc.


                                           Debra J. Albin- Riley
                                           WINSTON & STRAWN LLP
                                           333 South Grand Avenue, 38th Floor
                                           Los Angeles, California 90017-1543
                                           Telephone:  (213) 615-1700
                                           Facsimile:   (213) 615-1750

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\2

5
STIPULATION REGARDING BRIEFING DEADLINES AND CMC          CASE NOS. C 06-06567 CW,
                                                          C 07-05298 CW  C 07-03407 CW,
                                                          C 08-00013 CW,  C 07-06496 CW

| | |
|---|---|
| Dated: February 26, 2008 | THE JACOBS LAW FIRM, CHTD |
| | /s/ John G. Jacobs |
| | JOHN G. JACOBS |
| | |
| | Attorneys for Plaintiff |
| | Russell Bradberry |
| | |
| | John G. Jacobs |
| | Bryan G. Kolton |
| | THE JACOBS LAW FIRM, CHTD |
| | 122 South Michigan Ave., Ste. 1850 |
| | Chicago, Ill 60603 |
| | Telephone: (312) 427-4000 |
| | Facsimile:  (312) 427-1850 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

6

STIPULATION REGARDING BRIEFING DEADLINES AND CMC

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW