1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T MOBILITY LLC, formerly known as
7  Cingular Wireless LLC, a Delaware corporation

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 BRADBERRY,                          Case No. C 06-06567 CW

12         Plaintiff,                  **CERTIFICATE OF SERVICE**

13    v.

14 T-MOBILE, USC, INC. et al.

15         Defendants.

16 | *Bradberry v. mBlox, Inc*              | Case No. C 07-05298 CW |
   | *Pishvaee v. Verisign, Inc.*            | Case No. C 07-03407 CW |
17 | *Jiran v. AT&T Mobility, LLC, et al.*   | Case No. C 08-00013 CW |
   | *Valdez v. M-Qube, Inc., et al.*        | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395606\2    CERTIFICATE OF SERVICE

CASE NOS. C 06-06567 CW,
C 07-05298 CW, C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

## CERTIFICATE OF SERVICE

I, LEE ANN L. ALLDRIDGE, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500. On April 9, 2008, I caused to be served the following document(s):

1. **STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE**

2. **[PROPOSED] ORDER.**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

| | |
|---|---|
| ☑ | **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. |
| ☐ | **BY PERSONAL SERVICE:** I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below: |
| ☐ | **BY OVERNIGHT DELIVERY:** I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows: |
| ☐ | **BY FACSIMILE:** I caused such documents to be transmitted by facsimile transmission and mail as indicated above. |

| | |
|---|---|
| Terry M. Gordon<br>Law Offices of Terry M. Gordon<br>Three Habor Drive, Suite 215<br>Sausalito, California 94965<br>Facsimile: (415) 331-1225<br>Attorneys for Plaintiff | Jay Edelson, Esq.<br>Myles McGuire, Esq.<br>KAMBEREDELSON, LLC<br>53 West Jackson Blvd., Suite 1642<br>Chicago, Il 60604<br>Facsimile: (312) 913-9401<br>Attorneys for Plaintiff |
| Donald M. Falk<br>Mayer Brown LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2060<br>Facsimile: 650) 331-2060<br><br>Attorney for Defendant AT&T Mobility, LLC | Jeffrey L. Fillerup<br>Luce Forward Hamilton & Scripps LLP<br>Rincon Center II<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105<br>Facsimile: 415) 356-3881<br><br>Attorney for Defendant mBlox, Inc. |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1395606v2     CERTIFICATE OF SERVICE

CASE NOS. C 06-06567 CW,
C 07-05298 CW C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

| | |
|---|---|
| James L. Cooper<br>Laura Riposo Vandruff<br>Ronald L. Johnson<br>Angel L. Tang<br>Arnold & Porter LLP<br>555 12th Street, NW<br>Washington, DC 20004-1206<br>Facsimile: 202) 942-5999<br><br>Attorneys for Defendant VeriSign, Inc. | Chung-Han Lee<br>Brent Austin<br>Craig M. White<br>Wildman Harrold Allen & Dixon LLP<br>225 West Wacker Drive, 28th Floor<br>Chicago, IL 60606<br>Facsimile: (312) 416-4836<br><br>Attorneys for Defendant mBlox, Inc. |
| Ronald J. Johnston<br>Angel L. Tang<br>Arnold & Porter LLP<br>777 S. Figueroa Street, Suite 4400<br>Los Angeles, CA 90017-5844<br>Facsimile: (213) 243-4199<br><br>Attorneys for Defendant VeriSign, Inc | Jeffrey R. Geldens<br>Rhett Traband<br>Laura A. Yelen<br>Broad and Cassel<br>One Biscayne Tower<br>2 South Biscayne Blvd, 21st Floor<br>Miami, Florida 33131<br>Facsimile: 305) 373-9443<br><br>Attorneys for Defendant Boungiorno USC, Inc. |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 9, 2008 at San Francisco, California.

LEE ANN L. ALLDRIDGE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395606\2

CERTIFICATE OF SERVICE

2

CASE NOS. C 06-06567 CW,
C 07-05298 CW C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW