MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br><br>                Plaintiff,<br><br>     v.<br><br>T-MOBILE, USC, INC. et al.<br><br>                Defendants. | Case No. C 06-06567 CW<br><br>**[PROPOSED] ORDER** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER                                           CASE NOS. C 06-06567 CW,
                                                           C 07-05298 CW  C 07-03407 CW,
                                                           C 08-00013 CW, C 07-06496 CW

1  Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2  ORDERED.
3  1.  The Case Management Conference shall be continued to **June 17, 2008 at**
4  **2:00 p.m.**  In the interim, all responsive pleading deadlines remain stayed.  At the Case
5  Management Conference on June 17, 2008, the Parties shall propose new dates for a Case
6  Management Scheduling Order.  The Parties will also address a proposed schedule for
7  responsive pleading deadlines at that time.
8  Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

10 Dated: April __, 2008

_____
The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395424\1

2
[PROPOSED] ORDER                                           CASE NOS. C 06-06567 CW,
                                                           C 07-05298 CW  C 07-03407 CW,
                                                           C 08-00013 CW, C 07-06496 CW