JOHN G. JACOBS
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Ave., Ste. 1850
Chicago, Ill 60603
Telephone: (312) 427-4000
Facsimile:   (312) 427-1850

Attorneys for PLAINTIFF RUSSELL BRADBERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY, RUSSELL<br><br>            Plaintiff,<br><br>     v.<br><br>T-MOBILE, USA, INC.<br><br>            Defendant. | Case No. C 06-06567 CW<br><br>**CORRECTED STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

Parties to these actions have discussed and continue to discuss potential settlement. To permit further time for such discussions, IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs Bradberry, Pishvaee, Jiran, and Valdez and Defendants, mBlox, Inc., VeriSign, Inc., m-Qube, Inc., and Mobile Messenger Americas, Inc. (the "Stipulating Parties"):

    1.    The parties in the above-captioned matters filed a stipulation regarding briefing deadlines and a continuance of the case management conference date on April 9, 2008 (the "April 9th Stipulation").

CORRECTED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW,

SF1\395423\2

2. The April 9th Stipulation was intended to govern only the following actions: Bradberry v. mBlox, Inc.; Pishvaee v. Verisign, Inc.; Jiran v. AT&T Mobility, LLC; and Valdez v. m-Qube, Inc. (the "Non T-Mobile Actions")

3. The April 9th Stipulation was not intended to govern Bradberry v. T-Mobile USA, Inc. or to supersede the Joint Case Management Statement filed on April 4, 2008 in that action.

4. The Stipulating Parties thus amend the April 9th Stipulation as follows and agree to suspend the following dates for the Non T-Mobile Actions: (a) all dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for Reassigned Cases; and (b) all responsive pleading deadlines.

5. The Parties further agree that the Case Management Conference in the Non T-Mobile Actions shall be continued to June 17, 2008 at 2:00 p.m. At that time, the Parties anticipate that if needed, they will be able to propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading deadlines at that time.

6. T-Mobile USA, Inc. has refused to give its consent to this corrected stipulation[1]. See T-Mobile e-mail attached hereto as Exhibit A.

IT IS SO STIPULATED.

---

[1] In a mediation conducted by Judge Eugene Lynch (ret.) in early January, T-Mobile and Bradberry reached an agreement in principle to settle the case. That was over three months ago, and there is still no signed settlement agreement. Plaintiff Bradberry believes that while a stay in the Non T-Mobile actions would save judicial resources and give the parties time to see if a settlement can be reached, extending this to the T-Mobile case would only allow the delay in resolution to continue.

2

CORRECETED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

| | |
|---|---|
| Dated: April 11, 2008 | ARNOLD & PORTER LLP |
| | /s/ Angel L. Tang |
| | RONALD L. JOHNSTON |
| | ANGEL L. TANG |
| | |
| | Attorneys for Defendants |
| | VeriSign, Inc. and m-Qube, Inc. |
| | |
| | 777 South Figueroa Street, Suite 4400 |
| | Los Angeles, California  90017 |
| | (213) 243-4000 |
| | |
| | *Of Counsel* |
| | James Cooper |
| | Arnold & Porter LLP |
| | 555 Twelfth Street, NW |
| | Washington, DC  20004-1206 |
| | Telephone:  (202) 942-5014 |

3

CORRECETED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

| | | |
|---|---|---|
| 1 | Dated: April 11, 2008 | LUCE FORWARD HAMILTON & SCRIPPS LLP |
| 2 | | |
| 3 | | /s/ Jeffrey L. Fillerup<br>JEFFREY L. FILLERUP |
| 4 | | Attorneys for Defendant<br>mBlox, Inc. |
| 5 | | |
| 6 | | Rincon Center II<br>121 Spear Street, Suite 200<br>San Francisco, CA  94105-1582 |
| 7 | | Telephone: (415) 356-4600<br>Facsimile: (415) 356-4610 |
| 8 | | |
| 9 | | *Of Counsel* |
| 10 | | WILDMAN HARROLD ALLEN & DIXON LLP |
| 11 | | /s/ Chung-Han Lee<br>CHUNG-HAN LEE |
| 12 | | |
| 13 | | Craig M. White<br>Brent Austin |
| 14 | | Chung-Han Lee<br>225 West Wacker Drive |
| 15 | | 28th Floor<br>Chicago, IL 60606-1229 |
| 16 | | Telephone:  (312) 201-2000 |
| 17 | | |
| 18 | Dated: April 11, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 19 | | |
| 20 | | /s/ Philip Atkins-Pattenson<br>PHILIP ATKINS-PATTENSON |
| 21 | | Attorneys for Defendant<br>Mobile Messenger Americas, Inc. |
| 22 | | |
| 23 | | Four Embarcadero Center<br>Seventeenth Floor<br>San Francisco, CA  94111 |
| 24 | | Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 |

4

CORRECETED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

| | | |
|---|---|---|
| 1 | Dated: April 11, 2008 | KAMBEREDELSON, LLC |
| 2 | | |
| 3 | | /s/ Myles McGuire <br> MYLES MCGUIRE |
| 4 | | Attorneys for Plaintiffs |
| 5 | | Louis Jiran, Dolores Gresham and Aliza Valdez |

                                        *Of Counsel*
Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL 60604

Terry M. Gordon
The Law Offices of Terry M. Gordon
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone: (415) 331-3601
Facsimile: (415) 331-1225


John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, CHTD.
122 South Michigan Ave
Suite 1850
Chicago, IL 60603

Dated: April 11, 2008                        AUDET& PARTNERS, LLP

/s/ William M. Audet
WILLIAM M. AUDET

Attorney for Plaintiff BabakPishvaee


William M. Audet
AUDET & PARTNERS LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone: (415) 568-2555

---

5
CORRECETED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

Dated: April 11, 2008                    THE JACOBS LAW FIRM, CHTD

                                                 /s/ John G. Jacobs
                                                 JOHN G. JACOBS

                                                 Attorneys for Plaintiff
                                                 Russell Bradberry

                                                 John G. Jacobs
                                                 Bryan G. Kolton
                                                 THE JACOBS LAW FIRM, CHTD
                                                 122 South Michigan Ave., Ste. 1850
                                                 Chicago, Ill 60603
                                                 Telephone: (312) 427-4000
                                                 Facsimile:  (312) 427-1850

I hereby attest that the concurrence in the filing of this document has been obtained by the above signatory indicated on the conformed signature (/s/) within this efiled document.

                                               /s/  John G. Jacobs
                                                   John G. Jacobs

6
CORRECETED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

## CERTIFICATE OF SERVICE

John G. Jacobs, an attorney in the foregoing matter, certifies that he caused a copy of the Corrected Stipulation Regarding Briefing Deadlines and Continuing Case Management Conference Date, the attached Exhibit A and the attached proposed order to be sent to all counsel identified on the attached service list by U.S. mail on this 11th day of April, 2008 and by electronically filing a copy via the ECF system on this same date.

/s/ John G. Jacobs
John G. Jacobs

7

CORRECETED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

## SERVICE LIST

Terry M. Gordon
Law Offices of Terry M. Gordon
3 Harbor Drive, Suite 215
Sausalito, CA 94965
415-331-3601

Jay Edelson
Myles P. McGuire
KamberEdelson, LLC.
53 West Jackson Boulevard
Suite 550
Chicago, IL 60604
312-589-6370

Amanda L. Groves
Leda M. Mouallem
Winston & Strawn LLP
101 California Street
Suite 3900
San Francisco, CA 94111
415-591-1409

Debra J. Albin-Riley
Winston & Strawn LLP
333 South Grand Avenue
38th Floor
Los Angeles, CA 90071
213-615-1700

Michael James Stortz
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105
415-591-7500

David M. Falk
Mayer Brown LLP
Two Palo Alto Square
Suite 300
3000 El Camino Real
Palo Alto, CA 94306
650-331-2060

Jeffery L. Fillerup
Luce Forward Hamilton & Scripps LLP
Rincon Center II
121 Spear Street
Suite 200
San Francisco, CA 94105
415-365-46900

8

CORRECTED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

SF1\395423\2

Brent R. Austin
Chung-Han Lee
Craig M. White
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Suite 2800
Chicago, IL 60606
312-201-2000

James Cooper
Laura Riposo Vandruff
Ronald L. Johnson
Angel L. Tang
Arnold & Porter LLP
55 12th Street, NW
Washington, DC 20004
202-942-5999

Ronald J. Johnston
Angel L. Tang
Arnold & Porter LLP
777 S. Figueroa Street
Suit 4400
Los Angeles, Ca 90017
213-243-4199

Jeffrey R. Geldens
Rhett Traband
Laura A. Yelen
Broad and Cassel
One Biscayne Tower
2 South Biscayne Blvd, 21st Floor
Miami, FL 33131
305-373-9443

William M. Audet
Audet & Partners LLP
221 Main Street, Suite 1460
San Francisco, California 94105
415 568-2555

Philip Atkins-Pattenson
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA  94111
415 434-9100