# EXHIBIT A

---------- Forwarded message ----------
From: Albin-Riley, Debra <DRiley@winston.com>
Date: Wed, Apr 9, 2008 at 9:03 PM
Subject: RE: Bradberry - amended stipulation
To: Myles McGuire <mpm1234@gmail.com>
Cc: "Jay Edelson, Esq." <jedelson@kamberedelson.com>, "John G. Jacobs" <jgjacobs@thejacobslawfirm.com>, "Groves, Amanda L." <AGroves@winston.com>

Gentlemen,

As we discussed on the phone today, I do not see the necessity for a Case Management Conference in the Bradberry case next week given both how far we've proceeded in documenting the proposed settlement and the fact that the Case Management Conference in the related cases will now proceed in June. In reliance on the correctness of the Stipulation which I was asked to sign, I canceled my flight reservation and see a resumed Case Management Conference as an unnecessary expenditure of time and resources.

For those reasons, I will not sign the Corrected Stipulation. Should you choose to make an ex parte application, I request that you attach this e-mail as part of the record indicating our position on this issue.

As I said, if the Court orders the resumption of a Case Management Conference for this case only, independent of the other related cases, we will appear, but will not stipulate to do so as we deem it to be wholly unnecessary.

Cordially,

Debra