1  TERRY M. GORDON (SBN 75604)
   LAW OFFICES OF TERRY M. GORDON
2  Three Harbor Drive, Suite 317
   Sausalito, California 94965
3  Telephone: (415) 331-3601
   Facsimile: (415) 331-1225
4
5  Attorneys for PLAINTIFF RUSSELL BRADBERRY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY, RUSSELL<br><br>            Plaintiff,<br><br>     v.<br><br>T-MOBILE, USA, INC.<br><br>            Defendant. | Case No. C 06-06567 CW<br><br>**CORRECTED STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

CORRECTED STIPULATION REGARDING BRIEFING DEADLINES AND CMC
CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW,

SF1\395423\2

Based on the Corrected Stipulation of the Parties identified therein and for good cause shown, IT IS HEREBY ORDERED.

1. The Case Management Conference shall be continued to **June 17, 2008 at 2:00 p.m** for the following actions: Bradberry v. mBlox, Inc.; Pishvaee v. Verisign, Inc.; Jiran v. AT&T Mobility, LLC; and Valdez v. m-Qube, Inc.. In the interim, all responsive pleading deadlines for such actions remain stayed. At the Case Management Conference on June 17, 2008, the Parties shall propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading deadlines at that time.

2. The Case Management Conference scheduled for **April 15, 2008 at 2:00 p.m** for the Bradberry v. T-Mobile USA, Inc. action shall occur at that time. Pursuant to the Case Management Order dated March 10, 2008, all responsive pleading deadlines for such action are stayed until the Case Management Conference on April 15, 2008.

Dated: April __, 2008

The Honorable Claudia Wilken
United States District Court,
Northern District of California