1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T MOBILITY LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| BRADBERRY, | Case No. C 06-06567 CW |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| T-MOBILE, USA, INC. et al. | |
| Defendants. | |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401392\1

[PROPOSED] ORDER                              CASE NOS. C 06-06567 CW,
                                              C 07-05298 CW  C 07-03407 CW,
                                              C 08-00013 CW, C 07-06496 CW

1   Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2   ORDERED.
3   1.   The Case Management Conference presently set for June 17, 2008 at 2:00
4   pm shall be continued to July 22, 2008 at 2:00 p.m..  If the Parties have not previously
5   resolved the proposed schedule for a responsive pleading deadline by that time, the
6   Parties will discuss a proposed schedule for a responsive pleadings deadline.
7   Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: June __, 2008

_____
The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\401392\1

2

[PROPOSED] ORDER

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW