1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California  94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T MOBILITY LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br><br>                    Plaintiff,<br><br>     v.<br><br>T-MOBILE, USA, INC. et al.<br><br>                    Defendants. | Case No. C 06-06567 CW<br><br>**[PROPOSED]** ORDER |
| *Bradberry v. mBlox, Inc*<br>*Pishvaee v. Verisign, Inc.*<br>*Jiran v. AT&T Mobility, LLC, et al.*<br>*Valdez v. M-Qube, Inc., et al.* | Case No. C 07-05298 CW<br>Case No. C 07-03407 CW<br>Case No. C 08-00013 CW<br>Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\401392\1

[PROPOSED] ORDER         CASE NOS. C 06-06567 CW,
                         C 07-05298 CW  C 07-03407 CW,
                         C 08-00013 CW, C 07-06496 CW

1  Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2  ORDERED.
3  1. The Case Management Conference presently set for June 17, 2008 at 2:00
4  pm shall be continued to July 22, 2008 at 2:00 p.m.. If the Parties have not previously
5  resolved the proposed schedule for a responsive pleading deadline by that time, the
6  Parties will discuss a proposed schedule for a responsive pleadings deadline.
7  Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: June 16, 2008

*[signature: Claudia Wilken]*

The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401392\1

2

[PROPOSED] ORDER

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW