1   Michael J. Stortz (SBN #139386)
    michael.stortz@dbr.com
2   Beth O. Arnese (SBN #241186)
    beth.arnese@dbr.com
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street
4   20th Floor
    San Francisco, CA 94105-2235
5   Telephone: (415) 591-7500
    Facsimile: (415) 591-7510
6
7   Attorneys for Defendant
    AT&T MOBILITY LLC
8
9
10              UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  BRADBERRY, | Case No. C 06-06567 CW |
| 14              Plaintiff, | **STIPULATION TO CONTINUE CASE** |
| 15      v. | **MANAGEMENT CONFERENCE** |
| 16  T-MOBILE, USA, INC. et al. | |
| 17              Defendants. | |

| | |
|---|---|
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

18
19
20
21
22
23
24
25
26
27
28

1  

2      The Parties in this action hereby stipulate and agree to the entry of an Order

3  Continuing the Case Management Conference ("CMC") presently set for July 22, 2008 at

4  2:00 p.m. and in support of the requested relief state:

5      1.    The Parties in the above-captioned matters previously stipulated to continue

6  the CMC for all cases until June 17, 2008 and again stipulated to continue the CMC until

7  July 22.

8      2.    In the parties' Stipulation dated June 12, 2008, this Court was apprised of

9  the national settlement of a parallel class action pending before the Superior Court of

10  Fulton County, Georgia and captioned *McFerren v. AT&T Mobility LLC*, No. 2008-EV-

11  004400F.  The settlement was preliminarily approved on May 30, and the final approval

12  hearing for the *McFerren* settlement is set for December 8, 2008.  The Plaintiffs and

13  Defendant AT&T Mobility have concurrently filed a Joint Motion to Stay these

14  proceedings as related to themselves, which is presently set for hearing on September 4,

15  2008.

16      3.    Defendant T-Mobile and counsel for the *McFerren* Plaintiffs have also

17  been in discussions relating to the resolution of this and other matters and request

18  additional time to continue such dialogue.

19      4.    Under the circumstances, the Parties request that the CMC be continued

20  until September 9, 2008 at 2:00 pm or any date thereafter as is convenient for the Court.

21      WHEREFORE, the Parties respectfully request this Court enter an Order

22  Continuing the Case Management Conference presently set for July 22, 2008 at 2:00 pm

23  until September 9, 2008 at 2:00pm, or such other date as is convenient to the Court,

24  where if these matter are not resolved the Parties will discuss a proposed schedule for a

25  responsive pleadings deadline.

26      IT IS SO STIPULATED.

27  

28  

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

Dated: July 16, 2008

KAMBEREDELSON, LLC

/s/ Myles McGuire
MYLES MCGUIRE

Attorneys for Plaintiffs
Louis Jiran, Dolores Gresham and Aliza Valdez

Terry M. Gordon
The Law Offices of Terry M. Gordon
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone: (415) 331-3601
Facsimile: (415) 331-1225

Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Blvd.
Suite 550
Chicago, IL 60604

John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, CHTD.
122 South Michigan Ave
Suite 1850
Chicago, IL 60603

Dated: July 16, 2008

DRINKER BIDDLE & REATH LLP

/s/ Michael J. Stortz
MICHAEL J. STORTZ

Attorneys for Defendant
AT&T Mobility, LLC

50 Fremont Street, 20th Floor
San Francisco, CA 94105

*Of Counsel*
Seamus C. Duffy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700

3

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

1

2    Dated: July 16, 2008                ARNOLD & PORTER LLP

3
                                         /s/ Angel L. Tang
4                                        RONALD L. JOHNSTON
                                         ANGEL L. TANG
5
                                         Attorneys for Defendants
6                                        VeriSign, Inc. and m-Qube, Inc.

7                                        777 South Figueroa Street, Suite 4400
                                         Los Angeles, California  90017
8                                        (213) 243-4000

9                                        *Of Counsel*
                                         James Cooper
10                                       Arnold & Porter LLP
                                         555 Twelfth Street, NW
11                                       Washington, DC  20004-1206
                                         Telephone:  (202) 942-5014
12

13   Dated: July 16, 2008                LUCE FORWARD HAMILTON & SCRIPPS LLP

14
                                         /s/ Chung-Han Lee
15                                       CHUNG-HAN LEE

16                                       Attorneys for Defendant
                                         mBlox, Inc.
17
                                         Rincon Center II
18                                       121 Spear Street, Suite 200
                                         San Francisco, CA  94105-1582
19                                       Telephone: (415) 356-4600
                                         Facsimile: (415) 356-4610
20
                                         *Of Counsel*
21                                       Craig M. White

22                                       Brent Austin

23                                       Chung-Han Lee
                                         WILDMAN HARROLD ALLEN & DIXON LLP
24                                       225 West Wacker Drive
                                         28th Floor
25                                       Chicago, IL 60606-1229
                                         Telephone:  (312) 201-2000
26

27

28
                                             4

| | |
|---|---|
| 1 | Dated: July 16, 2008 |

        SHEPPARD MULLIN RICHTER & HAMPTON LLP

        /s/ Philip Atkins-Patterson
        PHILIP ATKINS-PATTERSON

        Attorneys for Defendant
        Mobile Messenger Americas, Inc.

        Four Embarcadero Center
        Seventeenth Floor
        San Francisco, CA  94111
        Telephone: (415) 434-9100
        Facsimile: (415) 434-3947

Dated: July 16, 2008

        AUDET & PARTNERS, LLP

        /s/ William M. Audet
        WILLIAM M. AUDET

        Attorney for Plaintiff Babak Pishvaee

        William M. Audet
        AUDET & PARTNERS LLP
        221 Main Street, Suite 1460
        San Francisco, California 94105
        Telephone:  (415) 568-2555

5

1    Dated: July 16, 2008                    BROAD & CASSEL

2

3                                            /s/ Jeffrey R. Geldens
                                             JEFFREY R. GELDENS

4                                            Attorneys for Defendant
                                             Buongiorno USA, Inc.
5

6                                            Jeffrey R. Geldens
                                             BROAD AND CASSEL
                                             One Biscayne Tower
7                                            2 South Biscayne Boulevard, 21st Floor
                                             Miami, FL 33131
8                                            Telephone: (305) 373-9400

9

10   Dated: July 16, 2008                    GORDON & REES, LLP

11

12                                           /s/ Aristotle E. Evia
                                             ARISTOTLE E. EVIA

13                                           Attorneys for Defendant
                                             Buongiorno USA, Inc.
14

15                                           Aristotle Eder Evia
                                             GORDON & REES, LLP
                                             275 Battery Street, 20th Floor
16                                           San Francisco, CA 94111
                                             Telephone: (415) 986-5900
17

18   Dated: July 16, 2008                    ARENT FOX LLP

19

20                                           /s/ Debra J. Albin-Riley
                                             DEBRA J. ALBIN-RILEY

21                                           Attorney for Defendant T-Mobile USA, Inc.

22

23                                           Debra J. Albin- Riley
                                             ARENT FOX LLP
24                                           555 West Fifth Street, 48th Floor
                                             Los Angeles, CA 90013
25                                           Telephone: (213) 629-7400
                                             Facsimile: (213) 629-7401

26

27

28

                                             6

1  Dated: July 16, 2008                    THE JACOBS LAW FIRM, CHTD

2

3                                          /s/ John G. Jacobs
                                           JOHN G. JACOBS

4                                          Attorneys for Plaintiff
                                           Russell Bradberry
5

6                                          John G. Jacobs
                                           Bryan G. Kolton
7                                          THE JACOBS LAW FIRM, CHTD
                                           122 South Michigan Ave., Ste. 1850
8                                          Chicago, Ill 60603
                                           Telephone: (312) 427-4000
9                                          Facsimile:   (312) 427-1850

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        7