1  Michael J. Stortz (SBN #139386)
   michael.stortz@dbr.com
2  Beth O. Arnese (SBN #241186)
   beth.arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street
4  20th Floor
   San Francisco, CA 94105-2235
5  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
6

7  Attorneys for Defendant
   AT&T MOBILITY LLC

8

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | BRADBERRY, | Case No. C 06-06567 CW |
|---|---|---|
| 14 | Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 15 | v. | |
| 16 | T-MOBILE, USA, INC. et al. | |
| 17 | Defendants. | |

| 18 | | |
|---|---|---|
| 19 | *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
|    | *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| 20 | *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
|    | *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

21

22

23

24

25

26

27

28

The Parties in this action hereby stipulate and agree to the entry of an Order Continuing the Case Management Conference ("CMC") presently set for July 22, 2008 at 2:00 p.m. and in support of the requested relief state:

1.      The Parties in the above-captioned matters previously stipulated to continue the CMC for all cases until June 17, 2008 and again stipulated to continue the CMC until July 22.

2.      In the parties' Stipulation dated June 12, 2008, this Court was apprised of the national settlement of a parallel class action pending before the Superior Court of Fulton County, Georgia and captioned *McFerren v. AT&T Mobility LLC*, No. 2008-EV-004400F. The settlement was preliminarily approved on May 30, and the final approval hearing for the *McFerren* settlement is set for December 8, 2008. The Plaintiffs and Defendant AT&T Mobility have concurrently filed a Joint Motion to Stay these proceedings as related to themselves, which is presently set for hearing on September 4, 2008.

3.      Defendant T-Mobile and counsel for the *McFerren* Plaintiffs have also been in discussions relating to the resolution of this and other matters and request additional time to continue such dialogue.

4.      Under the circumstances, the Parties request that the CMC be continued until September 16, 2008 at 2:00 pm or any date thereafter as is convenient for the Court.

WHEREFORE, the Parties respectfully request this Court enter an Order Continuing the Case Management Conference presently set for July 22, 2008 at 2:00 pm until September 16, 2008 at 2:00pm, or such other date as is convenient to the Court, where if these matter are not resolved the Parties will discuss a proposed schedule for a responsive pleadings deadline.

IT IS SO STIPULATED.

2

1  Dated: July 16, 2008                KAMBEREDELSON, LLC

2

3                                      /s/ Myles McGuire
                                       MYLES MCGUIRE

4                                      Attorneys for Plaintiffs
                                       Louis Jiran, Dolores Gresham and Aliza Valdez
5

6                                      Terry M. Gordon
                                       The Law Offices of Terry M. Gordon
7                                      Three Harbor Drive, Suite 215
                                       Sausalito, California 94965
8                                      Telephone: (415) 331-3601
                                       Facsimile: (415) 331-1225
9

10                                     Jay Edelson
                                       Myles McGuire
11                                     KamberEdelson, LLC
                                       53 West Jackson Blvd.
12                                     Suite 550
                                       Chicago, IL 60604
13

14                                     John G. Jacobs
                                       Bryan G. Kolton
15                                     The Jacobs Law Firm, CHTD.
                                       122 South Michigan Ave
16                                     Suite 1850
                                       Chicago, IL 60603

17  Dated: July 16, 2008                DRINKER BIDDLE & REATH LLP

18

19                                     /s/ Michael J. Stortz
                                       MICHAEL J. STORTZ

20                                     Attorneys for Defendant
21                                     AT&T Mobility, LLC

22                                     50 Fremont Street, 20th Floor
                                       San Francisco, CA 94105

23                                     *Of Counsel*
24                                     Seamus C. Duffy
                                       DRINKER BIDDLE & REATH LLP
25                                     One Logan Square
                                       18th & Cherry Streets
26                                     Philadelphia, Pennsylvania 19103-6996
                                       Telephone: (215) 988-2700

27

28

                                       3

1

2    Dated: July 16, 2008                    ARNOLD & PORTER LLP

3
                                            /s/ Angel L. Tang
4                                           RONALD L. JOHNSTON
                                            ANGEL L. TANG
5

6                                           Attorneys for Defendants
                                            VeriSign, Inc. and m-Qube, Inc.
7
                                            777 South Figueroa Street, Suite 4400
8                                           Los Angeles, California  90017
                                            (213) 243-4000
9
                                            *Of Counsel*
10                                          James Cooper
                                            Arnold & Porter LLP
11                                          555 Twelfth Street, NW
                                            Washington, DC  20004-1206
12                                          Telephone:  (202) 942-5014

13   Dated: July 16, 2008                    LUCE FORWARD HAMILTON & SCRIPPS LLP

14
                                            /s/ Chung-Han Lee
15                                          CHUNG-HAN LEE

16                                          Attorneys for Defendant
                                            mBlox, Inc.
17
                                            Rincon Center II
18                                          121 Spear Street, Suite 200
                                            San Francisco, CA  94105-1582
19                                          Telephone: (415) 356-4600
                                            Facsimile: (415) 356-4610
20
                                            *Of Counsel*
21                                          Craig M. White

22                                          Brent Austin

                                            Chung-Han Lee
23                                          WILDMAN HARROLD ALLEN & DIXON LLP

24                                          225 West Wacker Drive

25                                          28th Floor

                                            Chicago, IL 60606-1229
26                                          Telephone:  (312) 201-2000

27

28
                                            4
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE         CASE NOS. C 06-06567 CW,
                                                          C 07-05298 CW  C 07-03407 CW,
                                                          C 08-00013 CW, C 07-06496 CW

1

Dated: July 16, 2008                SHEPPARD MULLIN RICHTER & HAMPTON LLP

2

3                                   /s/ Philip Atkins-Patteson
                                    PHILIP ATKINS-PATTENSON

4

5                                   Attorneys for Defendant
                                    Mobile Messenger Americas, Inc.

6                                   Four Embarcadero Center
                                    Seventeenth Floor
7                                   San Francisco, CA  94111
                                    Telephone: (415) 434-9100
8                                   Facsimile: (415) 434-3947

9

10

11  Dated: July 16, 2008                AUDET & PARTNERS, LLP

12

13                                  /s/ William M. Audet
                                    WILLIAM M. AUDET

14                                  Attorney for Plaintiff Babak Pishvaee

15

16                                  William M. Audet
                                    AUDET & PARTNERS LLP
17                                  221 Main Street, Suite 1460
                                    San Francisco, California 94105
18                                  Telephone:  (415) 568-2555

19

20

21

22

23

24

25

26

27

28

5

1    Dated: July 16, 2008                    BROAD & CASSEL

2

3                                            /s/ Jeffrey R. Geldens
                                             JEFFREY R. GELDENS

4                                            Attorneys for Defendant
                                             Buongiorno USA, Inc.
5

6                                            Jeffrey R. Geldens
                                             BROAD AND CASSEL
                                             One Biscayne Tower
7                                            2 South Biscayne Boulevard, 21st Floor
                                             Miami, FL 33131
8                                            Telephone: (305) 373-9400

9

10   Dated: July 16, 2008                    GORDON & REES, LLP

11

12                                           /s/ Aristotle E. Evia
                                             ARISTOTLE E. EVIA

13                                           Attorneys for Defendant
                                             Buongiorno USA, Inc.
14

15                                           Aristotle Eder Evia
                                             GORDON & REES, LLP
                                             275 Battery Street, 20th Floor
16                                           San Francisco, CA 94111
                                             Telephone: (415) 986-5900
17

18   Dated: July 16, 2008                    ARENT FOX LLP

19

20                                           /s/ Debra J. Albin-Riley
                                             DEBRA J. ALBIN-RILEY

21                                           Attorney for Defendant T-Mobile USA, Inc.

22

23                                           Debra J. Albin- Riley
                                             ARENT FOX LLP
24                                           555 West Fifth Street, 48th Floor
                                             Los Angeles, CA 90013
25                                           Telephone: (213) 629-7400
                                             Facsimile:  (213) 629-7401

26

27

28

                                    6

1   Dated: July 16, 2008                    THE JACOBS LAW FIRM, CHTD

2

3                                           /s/ John G. Jacobs
                                            JOHN G. JACOBS

4                                           Attorneys for Plaintiff
                                            Russell Bradberry
5

6                                           John G. Jacobs
                                            Bryan G. Kolton
7                                           THE JACOBS LAW FIRM, CHTD
                                            122 South Michigan Ave., Ste. 1850
8                                           Chicago, Ill 60603
                                            Telephone: (312) 427-4000
9                                           Facsimile:  (312) 427-1850

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE          CASE NOS. C 06-06567 CW,
                                                           C 07-05298 CW  C 07-03407 CW,
                                                           C 08-00013 CW,  C 07-06496 CW