1  TERRY M. GORDON (SBN 75604)
   tgordon@tgordonlaw.com
2  LAW OFFICES OF TERRY M. GORDON
   1039 Erica Road, Suite 200
3  Mill Valley, California 94941
4  T: (415) 331-3601
   F: (415) 331-1225
5

6  JAY EDELSON (PRO HAC VICE PENDING)
   jedelson@kamberedelson.com
7  MYLES MCGUIRE (PRO HAC VICE PENDING)
   mmcguire@kamberedelson.com
8  KAMBEREDELSON LLC
   53 West Jackson Blvd, Suite 550
9  Chicago, Illinois, 60604
   Telephone: 312.589.6370
10 Facsimile: 312.589.6378
   Facsimile: (415) 591-7510
11
   *Attorneys for Plaintiff*
12 *Russell Bradberry*

13 [Additional Counsel Listed Below]

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17 | BRADBERRY,                    | Case No. C 06-06567 CW

18 |         Plaintiff,            | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

19 |     v.                        |

20 | T-MOBILE, USA, INC. et al.    |

21 |         Defendants.           |

22 | *Bradberry v. mBlox, Inc*     | Case No. C 07-05298 CW

- 1 -

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE

1    The Parties in these actions hereby stipulate and agree to the entry of an Order continuing the Case Management Conference ("CMC") currently set for September 16, 2008 to December 16, 2008, and in support of the requested relief state:

2    1.    On August 26, 2008 this Court, in the related cases of *Jiran v. AT&T Mobility, LLC, et al.* (Case No. C 08-0013 CW) and *Pishvaee v. VeriSign, Inc., et al.* (Case No. C 07-3407), granted a motion to stay the actions and continued the CMC formerly scheduled for September 16, 2008 to December 16, 2008, at 2:00 p.m.

3    2.    Similarly, on September 5, 2005, this Court, in the related case of *Valdez v. mQube Inc. et al.* (Case No. C 07-06496) granted a stipulation to continue the CMC scheduled for September 16, 2008 to December 16, 2008, at 2:00 p.m.

4    3.    These cases are and have been deemed an action related to the *Jiran, Pishvaee,* and *Valdez* matters. Therefore, coordination of the CMC date for all related cases is necessary for the efficient management of these actions.

5    4.    Given the Court's August 26, 2008 and September 5, 2008 orders in *Jiran, Pishvaee,* and *Valdez* the Parties request that the CMC in these related actions also be continued from September 16, 2008 to December 16, 2008, at 2:00 p.m., or such other date and time as is convenient to the Court.

WHEREFORE, the Parties respectfully request that this Court enter an Order Continuing the Case Management Conference, presently set for September 16, 2008, to December 16, 2008, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: September 10, 2008

           KAMBEREDLESON, LLC

           By: /s/ Jay Edelson
           Jay Edelson
           Myles McGuire
           John Blim
           Kamberedleson, LLC
           53 West Jackson Boulevard, Suite 550
           Chicago, Illinois 60604
           (312) 589-6370

1
2                 LAW OFFICES OF TERRY M. GORDON

3                 By: /s/ Terry M. Gordon
                Terry M. Gordon
                Law Offices of Terry M. Gordon
4                 1039 Erica Road, Suite 200
                Mill Valley, California 94941
5                 (415) 331-3601

6                 THE JACOBS LAW FIRM, CHTD.

7                 By:   /s/ John G. Jacobs
                John G. Jacobs
8                 Bryan G. Kolton
                The Jacobs Law Firm, CHTD.
9                 122 South Michigan Ave
                Suite 1850
10                Chicago, IL 60603

11

12                 *Attorneys for Plaintiff*

13 Dated: September 10, 2008     WILDMAN HARROLD ALLEN & DIXON LLP

14                 /s/ Chung-Han Lee
15                 CHUNG-HAN LEE

16                 *Attorneys for Defendant*
                *mBlox, Inc.*
17
18                 Craig M. White
                Brent Austin
19                 Chung-Han Lee
                WILDMAN HARROLD ALLEN & DIXON LLP
20                225 West Wacker Drive
21                28th Floor
                Chicago, IL 60606-1229
22                Telephone: (312) 201-2000

23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: September 10, 2008 | DRINKER BIDDLE & REATH LLP |
| 2 | | /s/ Michael J. Stortz |
| 3 | | MICHAEL J. STORTZ |
| 4 | | Attorneys for Third Party Defendant AT&T Mobility, LLC |
| 5 | | 50 Fremont Street, 20th Floor San Francisco, CA 94105 |
| 6 | | |
| 7 | | |
| 8 | Dated: September 10, 2008 | DRINKER BIDDLE & REATH LLP |
| 9 | | /s/ Michael J. Stortz |
| 10 | | MICHAEL J. STORTZ |
| 11 | | Attorneys for Defendant T-Mobile 50 Fremont Street, 20th Floor San Francisco, CA 94105 |
| 12 | | |
| 13 | Dated: September 10, 2008 | WINSTON & STRAWN LLP |
| 14 | | By: /s/ Amanda L Groves |
| 15 | | AMANDA L. GROVES |
| 16 | | Attorneys for Defendant T-Mobile |
| 17 | | Winston & Strawn LLP Amanda Groves Leda M. Mouallem 101 California Street, suite 3900 San Francisco, CA 94111-5894 |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | Dated: September 10, 2008 | ARENT FOX LLP |
| 22 | | BY: /s/ Debra Albin-Riley DEBRA ALBIN-RILEY |
| 23 | | Attorneys for Defendant T-Mobile |
| 24 | | Arent Fox LLP 555 West Fifth Street, 48th Fl Los Angeles, CA 90013 |
| 25 | | |

- 4 -

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE