TERRY M. GORDON (SBN 75604)
tgordon@tgordonlaw.com
LAW OFFICES OF TERRY M. GORDON
1039 Erica Road, Suite 200
Mill Valley, California 94941
T: (415) 331-3601
F: (415) 331-1225

JAY EDELSON (PRO HAC VICE PENDING)
jedelson@kamberedelson.com
MYLES MCGUIRE (PRO HAC VICE PENDING)
mmcguire@kamberedelson.com
KAMBEREDELSON LLC
53 West Jackson Blvd, Suite 550
Chicago, Illinois, 60604
Telephone: 312.589.6370
Facsimile: 312.589.6378
Facsimile: (415) 591-7510

*Attorneys for Plaintiff
Russell Bradberry*

[Additional Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br><br>                    Plaintiff,<br><br>        v.<br><br>T-MOBILE, USA, INC. et al.<br><br>                    Defendants. | Case No. C 06-06567 CW<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |

- 1 -

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

- 2 -

1  Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2  ORDERED:
3  The Case Management Conference presently set for September 16, 2008 at 2:00 p.m. shall
4  be continued to December 16, 2008, at 2:00 p.m.

5
6  Dated: September __, 2008

   The Honorable Claudia Wilken
   United States District Court
7  Northern District of California

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE