TERRY M. GORDON (SBN 75604)
tgordon@tgordonlaw.com
LAW OFFICES OF TERRY M. GORDON
1039 Erica Road, Suite 200
Mill Valley, California 94941
T: (415) 331-3601
F: (415) 331-1225

JAY EDELSON (PRO HAC VICE PENDING)
jedelson@kamberedelson.com
MYLES MCGUIRE (PRO HAC VICE PENDING)
mmcguire@kamberedelson.com
KAMBEREDELSON LLC
53 West Jackson Blvd, Suite 550
Chicago, Illinois, 60604
Telephone: 312.589.6370
Facsimile: 312.589.6378
Facsimile: (415) 591-7510

*Attorneys for Plaintiff*
*Russell Bradberry*

[Additional Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY, | Case No. C 06-06567 CW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| T-MOBILE, USA, INC. et al. | |
| Defendants. | |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |

- 1 -

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2  ORDERED:
3  The Case Management Conference presently set for September 16, 2008 at 2:00 p.m. shall
4  be continued to December 16, 2008, at 2:00 p.m.

5
Dated:  September  11, 2008                              _____
6                                                         The Honorable Claudia Wilken
                                                          United States District Court
7                                                         Northern District of California

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE