| | |
|---|---|
| 1 | TERRY M. GORDON (SBN 75604)<br>LAW OFFICES OF TERRY M. GORDON |
| 2 | 1039 Erica Road, Suite 200<br>Mill Valley, California 94941 |
| 3 | Telephone:    (415) 331-3601<br>Facsimile:     (415) 331-1225 |
| 4 | |
| 5 | JOHN G. JACOBS (*Pro hac vice*)<br>THE JACOBS LAW FIRM, CHTD. |
| 6 | 122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603 |
| 7 | Telephone:    (312) 427-4000<br>Facsimile:     (312) 427-1850 |
| 8 | JAY EDELSON (*Pro hac vice*)<br>MYLES McGUIRE (*Pro hac vice*) |
| 9 | EDELSON McGUIRE LLC<br>350 North LaSalle Street, Suite 1300 |
| 10 | Chicago, Illinois 60603<br>Telephone:    (312) 589-6370 |
| 11 | Facsimile:     (312) 589-6378 |
| 12 | Attorneys for Plaintiff |
| 13 | CHUNG-HAN LEE (SBN 231950) |
| 14 | WILDMAN HARROLD ALLEN & DIXON LLP<br>225 West Wacker Drive, 28th Floor |
| 15 | Chicago, IL 60606-1229 |
| 16 | Telephone: (312) 201-2000<br>Email: chunglee@wildman.com |
| 17 | Attorney for Defendant MBLOX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BRADBERRY, individually and on behalf of a class of similarly-situated individuals,<br><br>             *Plaintiff*,<br><br>      v.<br><br>MBLOX, INC., a Delaware corporation.<br><br>             *Defendant*. | Case No. C 07-05298 CW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge:  The Hon. Claudia Wilken |

STIPULATION AND PROPOSED ORDER OF DISMISSAL

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. Proc. Rule 41(a)(ii) as follows:

1. The claims asserted by the Plaintiff in this action have been settled and released by a Final Order and Judgment in the matter of *Paluzzi et al. v. mBlox, Inc., et al.*, No. 07 CH 37213, in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, entered on January 7, 2010, which became final on February 8, 2010.

2. This action should now be dismissed with prejudice, with all parties to bear their own costs.

Dated: March 3, 2010          EDELSON McGUIRE LLC

                              BY:  /s/ Myles McGuire
                                   Myles McGuire
                                   Counsel for Plaintiff

Dated: March 3, 2010          WILDMAN HARROLD ALLEN & DIXON LLP

                              BY:  /s/ Chung-Han Lee
                                   Chung-Han Lee
                                   Counsel for Defendant mBlox, Inc.

**~~PROPOSED~~ ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED:

That this action shall be and hereby is dismissed with prejudice and all parties are to bear their own costs.

Dated: March 18, 2010

_[signature]_
CLAUDIA WILKEN
United States District Judge